NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Charles Edward Lincoln, III
603 Elmwood Place, Suite #6
Austin, Texas 78705
Telephone: (512) 968-2500
E-mail: charles.lincoln@rocketmail.com
Plaintiff pro se, in propia persona

FILED

2010 OCT 15 AM 10: 34

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

ATTORNEYS FOR:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Charles Edward Lincoln, III | CASE NUMBER: |
|---|---|
| Plaintiff(s), | SACV10-1573 AG(PLAx) |
| v. | |
| Daylight Chemical Information Systems, Incorporated, Yosef Taitz, Appealing Dentistry, Dr. Orly Taitz, Esq., D.D.S., J.D., Defend Our Freedoms Foundation, and All John & Jane Does 1-10. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Charles Edward Lincoln, Plaintiff, Pro se, in propia persona
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Charles Edward Lincoln, III | Plaintiff |
| Peyton Yates Freiman | Plaintiff's Trustee with Power of Attorney and Personal Assistant |
| Elena Kourembana-Lincoln | Plaintiff's wife (separated since 2002) |
| Charles Edward Lincoln, IV | Plaintiff's adult son |
| Dr. Orly Taitz, Esq., D.D.S., J.D. | Defendant |
| Yosef Taitz, CEO of Daylight Chemical Information Systems | Defendant |
| Appealing Dentistry | Defendant |
| Defend Our Freedoms Foundation | Defendant |

Thursday, October 14, 2010
Date

Sign

Attorney of record for or party appearing in pro per

CV-30 (04/10)    NOTICE OF INTERESTED PARTIES