1  BARTLEY L. BECKER, SB# 70109
    E-Mail: becker@lbbslaw.com
2  WILLIAM E. PALLARES, SB# 187740
    E-Mail: pallares@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   221 North Figueroa Street, Suite 1200
4  Los Angeles, California 90012
   Telephone: (213) 250-1800
5  Facsimile: (213) 250-7900

6  Attorneys for Defendants LAW OFFICE OF ORLY
7  TAITZ and DR. ORLY TAITZ, ESQ., D.D.S., J.D.

8              UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

10

| | |
|---|---|
| CHARLES EDWARD LINCOLN, III,<br><br>Plaintiff,<br><br>v.<br><br>DAYLIGHT CHEMICAL INFORMATION SYSTEMS, INCORPORATED, YOSEF TAITZ, ORLY TAITZ, INC., APPEALING DENTISTRY, LAW OFFICE OF ORLY TAITZ (RICO Enterprise), DR. ORLY TAITZ, ESQ., D.D.S., J.D., DEFEND OUR FREEDOMS FOUNDATION, and all JOHN & JANE DOES 1-10,<br><br>Defendants. | CASE NO. 8:10-cv-01573-AG (PLAx)<br><br>**DEFENDANTS', ORLY TAITZ, ESQ., D.D.S., J.D. AND LAW OFFICE OF ORLY TAITZ, NOTICE OF JOINDER TO DEFENDANTS', DAYLIGHT CHEMICAL INFORMATION SYSTEMS AND YOSEF TAITZ, MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1) AND (6)**<br><br>[Filed concurrently with Defendants Certification of Interested Parties.]<br><br>Date : January 10, 2011<br>Time : 10:00 a.m.<br>Crtrm : 10D |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to *Federal Rules of Civil Procedure* Rule 10(c), Defendants, Orly Taitz, Esq., D.D.S., J.D. and Law Office of Orly Taitz (collectively "Defendants") hereby join, adopt and incorporate by reference Defendants, Daylight Chemical Information Systems and Yosef Taitz, Motion (collectively "Daylight Chemical") to Dismiss Pursuant to *Federal Rule of Civil Procedure* 12(b)(1) and (6). (DKT6.)

1  Defendants bring this joinder on the grounds that Daylight Chemical's motion
2  applies to Plaintiff Charles Edward Lincoln, III's ("Plaintiff") claims against
3  Defendants. In the interest of judicial economy, Defendants make this joinder
4  because the resolution of this motion will address whether Plaintiff has sufficiently
5  pled his RICO claim against all defendants and whether this Court will retain subject
6  matter jurisdiction over Plaintiff's Complaint.

7  Pursuant to L.R. 7-3, Defendants' counsel met and conferred with Plaintiff,
8  who is pro se, on December 14, 2010. Defendants bring this Notice of Joinder
9  within the five (5) day period because Daylight Chemical set the hearing date on its
10 motion for January 10, 2011. Defendants wanted to provide Plaintiff and this court,
11 at the earliest date possible, notice of Defendants' joinder.

Respectfully submitted,

DATED: December 15, 2010   LEWIS BRISBOIS BISGAARD & SMITH LLP


By /s/ William E. Pallares
    William E. Pallares
    Attorneys for Defendants LAW OFFICE OF
    ORLY TAITZ and DR. ORLY TAITZ, ESQ.,
    D.D.S., J.D.

# FEDERAL COURT PROOF OF SERVICE
Lincoln v. Daylight Chemical - File No.

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On December 15, 2010, I served the following document(s): **DEFENDANTS', ORLY TAITZ, ESQ., D.D.S., J.D. AND LAW OFFICE OF ORLY TAITZ, NOTICE OF JOINDER TO DEFENDANTS', DAYLIGHT CHEMICAL INFORMATION SYSTEMS AND YOSEF TAITZ, MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1) AND (6)**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Charles Edward Lincoln, III
603 Elmwood Place, Suite 6
Austin, TX 78705
Tel: 512-968-2500
charles.lincoln@rocketmail.com
Plaintiff in Pro Per

The documents were served by the following means:

[ ]  (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[X]  (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 15, 2010, at Los Angeles, California.

_____
Laurie A. Wood

4837-4299-2392.1
NOTICE OF JOINDER TO MOTION TO DISMISS

CASE NO. 8:10-CV-01573-AG (PLAX)

LEWIS BRISBOIS BISGAARD & SMITH LLP