1  BARTLEY L. BECKER, SB# 70109
     E-Mail: becker@lbbslaw.com
2  WILLIAM E. PALLARES, SB# 187740
     E-Mail: pallares@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   221 North Figueroa Street, Suite 1200
4  Los Angeles, California 90012
   Telephone: (213) 250-1800
5  Facsimile: (213) 250-7900

6  Attorneys for Defendants LAW OFFICE OF ORLY
   TAITZ and DR. ORLY TAITZ, ESQ., D.D.S., J.D.
7

8              UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

10

11 CHARLES EDWARD LINCOLN, III,        ) CASE NO. 8:10-cv-01573-AG (PLAx)

12            Plaintiff,               )
                                       ) **CERTIFICATION OF INTERESTED**
13     v.                             ) **PARTIES PURSUANT TO LOCAL**
                                       ) **RULE 7.1-1**
14 DAYLIGHT CHEMICAL                   )
   INFORMATION SYSTEMS,               )
15 INCORPORATED, YOSEF TAITZ,          ) [Filed concurrently with Defendants
   ORLY TAITZ, INC., APPEALING         ) Notice of Joinder to Motion to Dismiss.]
16 DENTISTRY, LAW OFFICE OF ORLY       )
   TAITZ(RICO Enterprise), DR. ORLY    )
17 TAITZ, ESQ., D.D.S., J.D., DEFEND   )
   OUR FREEDOMS FOUNDATION, and        )
18 all JOHN & JANE DOES 1-10,          )
                                       )
19            Defendants.             )

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4837-9673-1912.1                          -1-
CERTIFICATION OF                                    CASE NO. 8:10-CV-01573-AG (PLAX)
INTERESTED PARTIES

TO THE COURT, TO ALL THE PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

The undersigned, counsel of record for Defendants, Orly Taitz, Esq., D.D.S., J.D. and Law Office of Orly Taitz, hereby submit this certification of interested parties, pursuant to Local Rule 7.1-1, to include the following listed party that may have a pecuniary interest in the outcome of this case. This representations is made to enable the Court to evaluate possible disqualification or recusal.

1.     Orly Taitz, Esq., D.D.S., J.D.;

2.     Law Office of Orly Taitz; and

3.     Zurich North America.

Respectfully submitted,

DATED:  December 15, 2010          LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/William E. Pallares
      William E. Pallares
Attorneys for Defendants LAW OFFICE OF
ORLY TAITZ and DR. ORLY TAITZ, ESQ.,
D.D.S., J.D.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

# FEDERAL COURT PROOF OF SERVICE
Lincoln v. Daylight Chemical - File No.

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On December 15, 2010, I served the following document(s): **CERTIFICATION OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Charles Edward Lincoln, III
603 Elmwood Place, Suite 6
Austin, TX 78705
Tel: 512-968-2500
charles.lincoln@rocketmail.com
Plaintiff in Pro Per

The documents were served by the following means:

[] (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[X] (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 15, 2010, at Los Angeles, California.

Laurie A. Wood

4837-9673-1912.1
CERTIFICATION OF INTERESTED PARTIES

CASE NO. 8:10-CV-01573-AG (PLAX)