**Dr. ORLY TAITZ, ESQ SB#223433**
**29839 SANTA MARGARITA PKWY**
**RANCHO SANTA MARGARITA CA 92688, STE 100**
**PH 949-683-5411 FAX 949-766-7603**
**E-MAIL orly.taitz @gmail.com**
**Attorney FOR DEFEND OUR FREEDOMS FOUNDATION,**
**ORLY TAITZ INC, APPEALING DENTISTRY**

| | |
|---|---|
| **CHARLES LINCOLN,** | ) CASE NO.: 8:10-CV-01573-AG |
| | ) DEFENDANTS' DEFEND OUR FREEDOMS FOUNDATION, |
| **PLAINTIFF,** | ) ORLY TAITZ INC AND APPEALING DENTISTRY |
| | ) NOTICE OF JOINDER TO DEFENDANTS' DAYLIGHT |
| VS. | ) CHEMICAL INFORMATION SYSTEMS AND YOSEF |
| | ) TAITZ, MOTION TO DISMISS PURSUANT TO |
| **DAYLIGHT CHEMICAL, et al** | ) FEDERAL RULE OF CIVIL PROCEDURE 12(B)(1) |
| | ) AND (6) |
| **DEFENDANT** | ) DATE JANUARY 10, 2011 |
| | ) TIME 10:00 AM CRTRM 10 D |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to federal rules of Civil Procedure Rule 10( c,)Defendants Defend Our Freedoms Foundation, Orly Taitz, inc and Appealing Dentistry (collectively "Defendants") hereby join and incorporate by reference Defendants, Daylight Chemical Information Systems and Yosef Taitz, Motion (collectively "Daylight Chemical")to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6). (DKT 6)

Defendants bring this joinder on the grounds that Daylight Chemical Motion applies to the Plaintiff's claims against the defendants. In the interest of Judicial economy, Defendants make this joinder because the resolution of this motion will address whether Plaintiff has sufficiently pled his RICO claim against all defendants and whether this court will retain subject matter jurisdiction over Plaintiff's Complaint.

Respectfully submitted ,

/s/Orly Taitz

Dr.Orly Taitz, ESQ

12.15.10

**FEDERAL COURT PROOF OF SERVICE**

I certify under penalty of perjury and under the laws of CA that I served the Plaintiff with the above NOTICE OF JOINDER via mail on December 24, 2010. Plaintiff is being served by the ECF on December 27, 2010

```
                                        Dated this 12.24.10
                                        /s/Orly Taitz

                                        Dr. Orly Taitz, ESQ
                                        29839 Santa Margarita Pkwy
                                        Rancho Santa Margarita CA 92688
```

Notice of Joinder to Motion to Dismiss     2