UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| CHARLES EDWARD LINCOLN, III, | CASE NO. 8:10-cv-01573-AG-PLA |
| Plaintiff, | ORDER CONTINUE THE HEARING DATE ON DEFENDANTS LAW OFFICE OF ORLY TAITZ'S AND DR. ORLY TAITZ, ESQ., D.D.S., J.D.'S MOTION TO STRIKE, PURSUANT TO CALIFORNIA *CODE OF CIVIL PROCEDURE* SECTION 425.16 |
| v. | |
| DAYLIGHT CHEMICAL INFORMATION SYSTEMS, INCORPORATED, YOSEF TAITZ, ORLY TAITZ, INC., APPEALING DENTISTRY, LAW OFFICE OF ORLY TAITZ(RICO Enterprise), DR. ORLY TAITZ, ESQ., D.D.S., J.D., DEFEND OUR FREEDOMS FOUNDATION, and all JOHN & JANE DOES 1-10, | Date:  February 14, 2011<br>Time:  10:00 a.m.<br>Ctrm.:  10D |
| Defendants. | |

[Filed concurrently herewith Stipulation to Continue the Hearing Date.]

LEWIS BRISBOIS BISGAARD & SMITH LLP

4846-0008-4488.1

(PROPOSED) ORDER TO CONTINUE HEARING DATE

CASE NO. 8:10-CV-01573-AG (PLAX)

1  Defendants Law Office of Orly Taitz and Dr. Orly Taitz, Esq., D.D.S., J.D.
2  ("Defendants") and Plaintiff Charles E. Lincoln, III have agreed and stipulated to
3  continue the hearing date on Defendants' motion to strike, pursuant to California
4  *Code of Civil Procedure* Section 425.16, from February 7, 2011 to February 14,
5  2011.  The parties further agreed and stipulated to having any opposition and reply
6  brief be calendared pursuant to the stipulated hearing date of February 14, 2011.
7  After considering the stipulation between Defendants and Plaintiff, IT IS HEREBY
8  ORDERED that:
9  The hearing date on Defendants' motion to strike shall be CONTINUED to
10 February 14, 2011 at 10:00 a.m. in courtroom 10D.
11 IT IS FURTHER ORDERED that any opposition and reply brief shall be filed
12 in accordance to the new hearing date of February 14, 2011.

15 DATED:  January 19, 2011   _____
                              The Honorable Andrew J. Guilford
16                             United States District Judge

18 Respectfully submitted,

19  /s/ William E. Pallares
    BARTLEY L. BECKER, SB# 70109
20    E-Mail: becker@lbbslaw.com
    WILLIAM E. PALLARES, SB# 187740
21    E-Mail: pallares@lbbslaw.com
    **LEWIS BRISBOIS BISGAARD & SMITH LLP**
22  221 North Figueroa Street, Suite 1200
    Los Angeles, California  90012
23  Telephone: (213) 250-1800
    Facsimile:  (213) 250-7900
24
    Attorneys for Defendants LAW OFFICE OF ORLY
25  TAITZ and DR. ORLY TAITZ, ESQ., D.D.S., J.D.