UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **SACV 10-1573 AG (PLAx)** | Date | January 27, 2011 |
| Title | CHARLES EDWARD LINCOLN III v. DAYLIGHT CHEMICAL INFORMATION SYSTEMS, INC., et al. | | |

| | |
|---|---|
| Present: The Honorable | ANDREW J. GUILFORD |

| Lisa Bredahl | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:** **[IN CHAMBERS] ORDER DENYING EX PARTE APPLICATION SHORTENING TIME**

On January 25, 2011, Plaintiff Charles Edward Lincoln III ("Plaintiff") filed an ex parte application ("Application") to shorten time for hearing his motion to strike. Defendants Defendant our Freedoms Foundation, Orly Taitz, Inc., and Appealing Dentistry ("Defendants") opposed the Application.

*Ex parte* relief should be granted only if the evidence shows "that the moving party's cause will be irreparably prejudiced if the underlying motion is heard according to regular noticed motion procedures." *Mission Power Eng'g Co. v. Continental Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995). Such relief has serious due process implications. *Fuentes v. Shevin*, 407 U.S. 67, 80-82 (1972) (due process requires that affected parties "are entitled to be heard" following "meaningful" notice, except in "extraordinary situations"); *Sniadach v. Family Finance Corp. of Bay View*, 395 U.S. 337, 339-40 (1969) ("the right to be heard 'has little reality or worth unless one is informed that the matter is pending and can choose for himself whether to appear or default, acquiesce or contest'").

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **SACV 10-1573 AG (PLAx)** | Date | January 27, 2011 |
| Title | CHARLES EDWARD LINCOLN III v. DAYLIGHT CHEMICAL INFORMATION SYSTEMS, INC., et al. | | |

Plaintiff has not shown good cause for granting his Application. The Court therefore DENIES the Application.

___ : 0

Initials of Preparer lmb