UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 10-1573 AG (PLAx)** | Date | February 9, 2011 |
|---|---|---|---|
| Title | CHARLES EDWARD LINCOLN III v. DAYLIGHT CHEMICAL INFORMATION SYSTEMS, INC., et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

**Proceedings:**   **[IN CHAMBERS] ORDER STRIKING MOTION**

On January 25, 2011, Plaintiff Charles Edward Lincoln III ("Plaintiff") filed a Motion to Strike (Dkt. # 32) and an ex parte application (Dkt. # 29) to shorten time for the hearing on that Motion. The Court DENIED the ex parte application. (Dkt. # 30.) As a result, the Court now STRIKES the Motion to Strike.

Plaintiff may refile the Motion to Strike with a proper hearing date.

                                                                                            :   0

Initials of Preparer        lmb