DR. ORLY TAITZ, ESQ SB#223433
29839 SANTA MARGARITA PKWY
RANCHO SANTA MARGARITA CA 92688, STE 100
PH 949-683-5411 FAX 949-766-7603
Attorney FOR "DEFEND OUR FREEDOMS" FOUNDATION,
ORLY TAITZ, INC, "APPEALING DENTISTRY"

| | |
|---|---|
| **CHARLES LINCOLN,** | ) CASE NO.: 8:10-CV-01573-AG |
| PLAINTIFF, | ) DEFENDANTS' ORLY TAITZ INC |
| VS. | ) AND APPEALING DENTISTRY |
| **DAYLIGHT CHEMICAL, et al** | ) NOTICE OF MOTION AND MOTION |
| DEFENDANT | ) FOR SANCTIONS |
| | ) Date: March 21, 2011 |
| | ) Time: 10 AM |
| | ) Hon Andrew Guilford |
| | ) Courtroom 10D |
| | ) |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:
PLEASE TAKE NOTICE Defendants Orly Taitz, inc and Appealing Dentistry (collectively "Defendants") are filing this notice of motion and motion for sanctions against Charles Lincoln, Philip J. Berg and Gary Kreep. Accidently the body of the motion did not get attached in ECF and the Exhibit 1 got attached twice. The motion is refiled with the body of the motion and 3 exhibits

## BACKGROUND OF THE MOTION

Orly Taitz, inc and "Appealing Dentistry" motion for sanctions against Lincoln, Berg, Kreep     1

1 Charles Lincoln, is the Plaintiff on this case, Philip J. Berg is a Pennsylvania attorney (applied pro hac vice to represent Lincoln, application was not approved yet, however Berg already appeared at the 02.14.2011 hearing), attorney Gary Kreep, California attorney, signed Berg's pro hac vice as a local California counsel on the case.

**Argument**

This court has inherent power to sanction parties to an action for fraud on the court, for submitting a written motion or paper unsupported by existing law or by a good faith argument for a change in existing law, allegations that do not have, or are unlikely to have after a reasonable investigation, evidentiary support or denial unwarranted by the evidence and for conduct designed to harass other parties. Mercury Air Group, inc v. Mansour, 237 F. 3d, 542, 548 (5th Cir 2001) O'Brien v Alexander, 101 F. 3d 1479, 1489 (2d Cir. 1996). Townsend v Holman Consulting Corp., 929 f 2d 1358, 1364-65 (0th cir 1990) While rule 11 sanctions require 21 days notice, Defendants do not claim Rule 11, but rather ask the court to use its' inherent powers to sanction the parties sua sponte. The reason for not waiting further is a pattern of repeated offensive behavior. Fries v Helsper, 146 F.3d 452, 458-59 (7th Cir.1998).

Orly Taitz, inc and "Appealing Dentistry" motion for sanctions against Lincoln, Berg, Kreep 2

1. On Friday 11, 2011 Honorable Andrew Guilford issued a tentative ruling in <u>Lincoln v Daylight et al</u>, where he dismissed 12 out of 13 causes of action and allowed only one cause of action to proceed.

2. The cause of action, that was not dismissed yet, was Cause of action #12 Quantum Meruit. According to the Plaintiff's own First Amended complaint this cause of action had a total requested amount of $47,000, which is below $75,000 required to sustain this whole complaint in the Federal Court jurisdiction under 28 USC 1332 (a) and it was clear that the Defendants would ask the court to dismiss the whole complaint, as this remaining cause of action fails under 12b(1).

3. Shortly after the tentative ruling was issued, Orly Taitz, attorney for the Defendants checked pacer and suddenly found an application for Pro hac Vice to represent Charles Lincoln filed by Pennsylvania attorney Philip J. Berg and co-signed by the California attorney Gary Kreep.

4. This was past 5pm and both attorneys representing Daylight Chemical and Law Offices of Orly Taitz left their offices for the weekend and could not be consulted until Monday morning during Motion hearing.

5. In the middle of the night from Sunday to Monday Taitz received the following e-mail from the plaintiff. Exhibit 1 Email from Lincoln and attached report.

Orly Taitz, inc and "Appealing Dentistry" motion for sanctions against Lincoln, Berg, Kreep   3

6. The e-mail stated "Dear Dr. Taitz & Messrs. Becker, Levine, Melo, Pallares, and Ross: Because counsel Gary Kreep has appeared for me I have substantially altered the rule 26(f)Report and have prepared it to be submitted with my counsel together as a "Plaintiff's report" tomorrow. Charles Lincoln, III.

7. This report completely misstated most of the things stated during the conference between the counsel. Most telling was the fact that the amount requested in damages due to Lincoln's employment was changed from $47,000 to $100,000. This was done after Honorable Andrew Guilford dismissed all other causes of action and only a few hours prior to 10am motion hearing in front of Hon Andrew Guilford on the Defendant's motion to dismiss.

8. Taitz had to stay up all night long in order to research this new document forwarded to her in the middle of the night and to prepare for new allegations

9. Previously Plaintiff filed two ex parte motions, where he did not give her notice and she had to stay up all night preparing the response.

10. Aside from being an attorney, Taitz is a licensed Dentist, doing business as Orly Taitz, inc DBA Appealing Dentistry, and representing her dental practice in this action.

Orly Taitz, inc and "Appealing Dentistry" motion for sanctions against Lincoln, Berg, Kreep    4

11. After the motion hearing Taitz had patients scheduled from 12-6 and had to work without sleep and experienced severe chest pains and severe headaches.

12. This is the third time the Plaintiff is engaged in such ambush behavior with a clear purpose of harassment, which affects her health and impacts her dental practice.

13. The fact that the amount was changed from $47,000 to $100,000 and the fact that it was done shortly after the court dismissed the rest of the allegations and causes of action in this frivolous $130 million legal action shows desire to commit fraud on the court and retain jurisdiction after it no longer existed.

14. The same document titled "Plaintiff's Alternative Rule 26(f) Report contains numerous allegations and insinuations, which become public domain and are reprinted on the Internet and defame the Defendants.

17. For example, as part of the document page 7 under "key document" (3)among documents requested it states "...All communications between Orly Taitz & Yosef Taitz and anyone in the Israeli or Chinese government or Secret Service..." Taitz finds these allegations to be not only outrageous but also ridiculous. Your Honor saw Taitz and her husband in court. Taitz is 5'8'', European and light complexion. Her husband is 6'3", European and light complexion, nowhere near being Chinese. Without a shred of evidence Plaintiff inserts

Orly Taitz, inc and "Appealing Dentistry" motion for sanctions against Lincoln, Berg, Kreep     5

in his filings outrageous allegations and insinuations. On 02.14.2011 Your Honor asked everyone present in court whether they are familiar with Twombly. Taitz is familiar with <u>Twombly v Bell Atlantic</u> and submits that such outrageous insinuations and allegations not only wouldn't stand under Twombly, they wouldn't stand under standards of the American Psychiatric Association either. While Lincoln is a disbarred attorney and one does not expect high standards from him, Berg and Kreep are licensed. They were under duty to do minimum investigation prior to applying in pro hac vice to represent Lincoln. (Berg currently has a Disciplinary Board hearing in Pennsylvania, scheduled for 02.23.2011. While he might be no longer licensed after that hearing, he is still licensed now.)
18 Additionally, your Honor might notice that they used the stamp of "Lewis and Brisbois", which is affixed on the left border of this form. Lewis and Brisbois is a law firm employing Mr. Pallares and Becker, attorneys for Law offices of Orly Taitz, and by affixing "Lewis and Brisbois" stamp, they are trying to give legitimacy to their allegations and are attempting to create and illusion of acquiescence by the attorneys for law offices of Orly Taitz to such allegations. Attorneys Berg an Kreep previously made allegations that prejudiced Judge Carter against Orly Taitz in a different case. As this court knows, Lincoln is asking

Orly Taitz, inc and "Appealing Dentistry" motion for sanctions against Lincoln, Berg, Kreep    6

for payment, for services as paralegal fighting a frivolous law suit filed by this very attorney Philip J Berg, who applied to appear to represent Lincoln against Taitz. Taitz does not know, if Berg and Lincoln were working together prior to Lincoln's offer to help her fight the law suit against Berg, however in a nut shell Berg claimed that Taitz defamed him and his paralegal, Lisa Liberi (Liberi happens to be a convicted felon, just like Lincoln). Berg claimed that he and Liberi were defamed, when Taitz published a report by an investigator, showing Lisa Liberi's criminal conviction in 2008 in CA of 10 felony counts of forgery and theft. Berg claimed, that she is a different Lisa Liberi, who resided in PA and was defamed. When Taitz asked to see Liberi's PA drivers license, Berg refused to show it claiming that Liberi is afraid for her life because attorney Taitz tried to hire a hit man to kill her and to kidnap children of web master Lisa Ostella. A recent 12.23.2011 motion ruling by presiding judge Eduardo Robreno in <u>Liberi et al v Taitz et al</u> 09-1898 Eastern District of PA stated that Berg, Liberi and Ostella were evasive and not believable as witnesses and judge Robreno did not find any value in those allegations. Taitz had to endure nearly two years of such egregious defamatory allegations and harassment by Berg. (the case is currently on appeal, as the presiding judge erroneously

Orly Taitz, inc and "Appealing Dentistry" motion for sanctions against Lincoln, Berg, Kreep    7

assumed jurisdiction by the Federal court without the Plaintiffs filing any documentary evidence showing state citizenship of Lisa Liberi). Current action involving Lincoln and Berg follows a two year history and modus operandi of harassment, frivolous allegations and fraudulent statements.

Lincoln has a history of filing frivolous actions in Texas, where he used to reside and where he was sanctioned $60,500 in state court and $150,000 in Federal court and where he is prevented from filing any more legal actions in either state or federal courts until he pays his sanctions. Exhibit 2, 3

Exhibit 2 is a true and correct copy of the third party defendants Judge Don Higginbotham and Judge John McMaster asking Chief judge of the Western District of TX Hon Walter Smith to sanction Charles Lincoln and Daniel Simon for their continuous harassment of public officials from the justice of the peace to a United States Federal Judge. Civil Action # W-08-CA-010 US District Court for the Western District of TX, Waco Division.

 Exhibit 3 is a true and correct copy of the order by the Chief Judge of the Western District of TX, Hon. Walter Smith, sanctioning Charles Lincoln and Daniel Simon $150,000 because of their pattern of harassing litigation Civil Action # W-08-CA-010 US District Court for the Western District of TX, Waco Division.

Orly Taitz, inc and "Appealing Dentistry" motion for sanctions against Lincoln, Berg,

16. Taitz and her husband have already incurred over $15,000 in legal bills in this case and lost time from work, as well as suffered emotional distress. Sanctions are proper in cases where a party engages in harassment

## CONCLUSION

Defendants are asking this court to sanction Lincoln, Berg and Kreep for their egregious conduct in this case.

Respectfully submitted
/s/Orly Taitz
Dr. Orly Taitz, ESQ
02.15.2011

## FEDERAL COURT PROOF OF SERVICE

I certify under penalty of perjury and under the laws of CA that I served the Plaintiff and his counsel via ECF and or mail on 02.15.2011

Dated this 02.15.2011
/s/Orly Taitz

Orly Taitz, inc and "Appealing Dentistry" motion for sanctions against Lincoln, Berg, Kreep          9

Dr. Orly Taitz, ESQ
29839 Santa Margarita Pkwy
Rancho Santa Margarita CA 92688

## Affidavit of Dr. Orly Taitz, ESQ

I, Orly Taitz, am an attorney representing Appealing Dentistry, Orly Taitz, inc and "Defend our freedoms" foundation in Lincoln v Daylight et al. I am over 18 years old, do not suffer from any mental impairment, have personal knowledge of the following facts and attest and declare under the penalty of perjury and under the laws of the state of California:

1. On Friday 11, 2011 Honorable Andrew Guilford issued a tentative ruling in Lincoln v Daylight et al, where he dismissed 12 out of 13 causes of action and allowed only one cause of action to proceed.

2. The cause of action, that was not dismissed yet, was Cause of action #12 Quantum Meruit. According to the Plaintiff's own First Amended complaint this cause of action had a total requested amount of $47,000, which is below $75,000 required to sustain this whole complaint in the Federal Court jurisdiction under 28 USC 1332 (a) and it was clear that the Defendants would ask the court to dismiss the whole complaint, as this remaining cause of action fails under 12b(1).

Orly Taitz, inc and "Appealing Dentistry" motion for sanctions against Lincoln, Berg, Kreep    10

3. Shortly after the tentative ruling was issued, I checked pacer and suddenly found an application for Pro hac Vice filed by Pennsylvania attorney Philip J. Berg and co-signed by the California attorney Gary Kreep to represent the plaintiff Charles Lincoln.

4. This was past 5pm and both attorneys representing Daylight Chemical and Law Offices of Orly Taitz left their offices for the weekend and could not be consulted until Monday morning during Motion hearing.

5. In the middle of the night from Sunday to Monday I received the following e-mail and exhibit from the plaintiff. Exhibit 1

6. The e-mail stated "Dear D. Taitz & Messrs. Becker, Levine, Melo, Pallares, and Ross: Because counsel Gary Kreep has appeared for me I have substantially altered the rule 26(f)Report and have prepared it to be submitted with my counsel together as a "Plaintiff's report" tomorrow. Charles Lincoln, III.

7. This report completely misstated most of the things stated during the conference between the counsel. Most telling was the fact that the amount requested in damages due to Lincoln's employment was changed from $47,000 to $100,000. This was done after Honorable Andrew Guilford dismissed all other causes of action and only a few hours prior to 10am motion hearing in front of Hon Andrew Guilford on the Defendant's motion to dismiss.

Orly Taitz, inc and "Appealing Dentistry" motion for sanctions against Lincoln, Berg, Kreep        11

8. I had to stay up all night long to research this new document forwarded to me in the middle of the night.

9. Previously Plaintiff filed two ex parte motions, where he did not give me notice and I had to stay up all night preparing the response.

10. Aside from being an attorney, I am a licensed Dentist, doing business as Orly Taitz, inc DBA Appealing Dentistry, and representing my dental practice in this action.

11. After the motion hearing I had patients scheduled from 12-6 and I had to work without sleep and experienced severe chest pains and severe headaches.

12. This is the third time the Plaintiff is engaged in such ambush behavior with a clear purpose of harassment, which affects my health and impacts my dental practice.

13. Exhibit 1 is a true and correct copy of the email and attachment received by me at 12:26 at night on Monday 02.14.2011

14. Exhibit 2 is a true and correct copy of the third party defendants Judge Don Higginbotham and Judge John McMaster asking Chief judge of the Western District of TX Hon Walter Smith to sanction Charles Lincoln and Daniel Simon for their continuous harassment of public officials from the justice of the peace to a United States Federal Judge. Civil Action # W-08-CA-010 US

District Court for the Western District of TX, Waco Division.

15. Exhibit 3 is a true and correct copy of the order by the Chief Judge of the Western District of TX, Hon. Walter Smith, sanctioning Charles Lincoln and Daniel Simon $150,000 because of their pattern of harassing litigation Civil Action # W-08-CA-010 US District Court for the Western District of TX, Waco Division.

16. My husband and I have already incurred over $15,000 in legal bills in this case and lost time from work, as well as suffered emotional distress.

Affiant further says not

  /s/ Orly Taitz

02.15.2011