```
Dr. ORLY TAITZ, ESQ SB#223433
29839 SANTA MARGARITA PKWY
RANCHO SANTA MARGARITA CA 92688, STE 100
PH 949-683-5411 FAX 949-766-7603
E-MAIL orly.taitz @gmail.com
Attorney FOR DEFEND OUR FREEDOMS FOUNDATION,
ORLY TAITZ INC, APPEALING DENTISTRY
```

| | |
|---|---|
| **CHARLES LINCOLN,** | ) CASE NO.: 8:10-CV-01573-AG |
| | ) DEFENDANTS'DEFEND OUR |
| PLAINTIFF, | ) FREEDOMS FOUNDATION, ORLY |
| | ) TAITZ INC AND APPEALING |
| VS. | ) DENTISTRY NOTICE and |
| | ) MOTION-REQUEST TO EXTEND AN |
| **DAYLIGHT CHEMICAL,et al** | ) ORDER OF SANCTIONS FROM THE |
| | ) FEDERAL DISTRICT COURT IN |
| | ) TX TO CA |
| DEFENDANT | ) DATE March 21, 2011 |
| | TIME 10:00 AM CRTRM 10 D |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants Defend Our Freedoms Foundation, Orly Taitz, inc and Appealing Dentistry (collectively "Defendants) will be filing following motion

**MOTION –REQUEST TO EXTEND ORDER OF $150,000 SANCTIONS, ASSESSED AGAINST CHARLES LINCOLN BY THE FEDERAL COURT IN TX.**

Charles Lincoln, Plaintiff in this case (Hereinafter "Lincoln")  is a vexatious plaintiff, who is in contempt of court and who did not pay nearly quarter of a million dollars in sanctions assessed against him in the state of Texas alone.

Lincoln resigned from Texas bar as part of plea bargain agreement and was disbarred in California, Florida and Louisiana.

He continued harassing law abiding citizens with multiple frivolous law suits.

On June 30 2006 lincoln was sanctions $60,500 by the state court in 395th Judicial District of Texas pursuant to motion by 11 state judges of Williamson county. Exhibit #1 Order of $60,500 sanctions against Charles Lincoln in case 05-973-C395.Lincoln was prohibited from filing any legal actions in the state courts of TX without first obtaining permission from the presiding judge. These harsh sanctions were imposed due to a pattern of repeated harassment exhibited by Lincoln. Lincoln's behavior was so brazen, that he served judges with law suits at their homes in front of their children, he had a caller id in his home that said "kill judge Jergins" and he flaunted his service of process on judge Jergins and judge Grimes at their homes. *id*

After Lincoln was sanctioned in state court and shut out of state courts, he moved his operations to Federal courts and continued the same pattern of harassment.

On March 25, 2008 Lincoln was sanctioned $150,000 by the Chief judge of the Western District of Texas Honorable Walter Smith in case W-08-CA 010 pursuant to motion filed by Honorable judge Don Higginbotham and Honorable Judge John McMaster. Exhibit 2- Order of $150,000 of sanctions by Judge Smith.

Order states "Having reviewed the motion, defendant Daniel Simon's response, the entire file in this case,

and he litigation histories of Daniel Simon and Charles Lincoln, the court is persuaded the motion is meritorious and should be granted"

"the court finds that defendant Simon and his de facto attorney Charles Lincoln have engaged in harassment of public officials by filing numerous frivolous law suits and removals to the federal courts in the western and southern districts of Texas includint the above numbered case. The court finds that sanctions are appropriate and necessary to defer future sanctionable conduct by defendant Simon and/or Lincoln.."

Accordingly, it is

**ORDERED** that defendant Daniel Simon and Charles Lincoln are jointly and severably sanctioned in the amount of $150,000 because of the harassing litigation. It is further

Ordered that any ;aw suits either filed or removed to any federal court in the Western District of Teaxas by Daniel Simon or Charles Lincoln are **hereby dismissed with prejudice**. It is further

Ordered that Daniel Simon and Charles Lincoln **are prohibited from filing any further pleadings or lawsuits in any federal court in Texas or removing any Texas state case to federal court until the sanctions have been fully paid.**"

 This order was extended to all districts of TX. Currently Lincoln is in contempt of court. Lincoln never paid his sanctions, but rather moved to

California and continued the same pattern of harassment against multiple individuals.

### CONCLUSION

Defendants are asking this court to honor the order of sanctions issued by Honorable Walter Smith from the federal district court in WACO Texas. Defendants specifically ask the court to extend to the Central District of California an order forbidding Lincoln filing any more pleadings in this district until Lincoln pays $150,000 that he owes the Federal court system due to his prior pattern of harassment. One cannot be in contempt of Court without impunity.

/s/Orly Taitz
Dr.Orly Taitz, ESQ
02.21.2011

### FEDERAL COURT PROOF OF SERVICE

I certify under penalty of perjury and under the laws of CA that all the parties to this action were served on 02.21.2011 via ECF and/or mail

Dated this 02.21.2011
/s/Orly Taitz

Dr. Orly Taitz, ESQ
29839 Santa Margarita Pkwy
Rancho Santa Margarita CA 92688

**Affidavit of Orly Taitz**

I, Orly Taitz, am over 18 years old, do not suffer from any mental impairment and attest to the following:

1.Exhibit 1 is a true and correct copy of Order of sanctions in case 05-973-C395, 395th judicial district of TX

2. Exhibit 2 is a true and correct copy of order for sanctions in case W-08-CA-010

affiant further says not.

02.21.2012.