

## County of San Bernardino
# Office of the District Attorney
**MICHAEL A. RAMOS, District Attorney**

File Number:
2002-00-0008876

January 11, 2011

VIA FACSIMILE (949) 766-7603;
E-MAIL orly.taitz@gmail.com; and,
BY FIRST CLASS MAIL

Orly Taitz, Esq.
Law Offices of Dr. Orly Taitz, Esq.
29839 Santa Margarita Parkway, Suite 100
Rancho Santa Margarita, CA 92688

      RE  :    Lisa Richardson Liberi, Case No. FWV 028000

Dear Ms. Taitz;

    The matter of the revocation of probation submitted by you concerning Lisa Richardson Liberi was referred to the San Bernardino County Probation Department for investigation. It is my understanding that there was insufficient evidence to substantiate the claims of Ms. Liberi's violations of the terms of her probation.

    Please be advised that this office does not investigate probation violations, that is the function of the Probation Department. Our office will only proceed on an action to violate a defendant's probation based on an investigation by the Probation Department and submitted to this office for prosecution. If you have evidence of a violation, please forward that evidence to the Probation Department. This office will take no further steps at this time.

Yours very truly;
MICHAEL A. RAMOS
San Bernardino County District Attorney

*(signature)*
James R. Secord
Deputy District Attorney

cc: Michael Fermin, S.D.D.A.