UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 10-1573 AG (PLAx)** | Date | February 22, 2011 |
|---|---|---|---|
| Title | CHARLES EDWARD LINCOLN III v. DAYLIGHT CHEMICAL INFORMATION SYSTEMS, INC., et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**   [IN CHAMBERS] ORDER REGARDING PRO HAC VICE APPLICATION

The Court has received the application ("Application") of Philip J. Berg ("Berg") to be admitted pro hac vice in this matter. (Dkt. # 40.) The Court has also received the opposition – and amended opposition – to this Application filed by Orly Taitz on behalf of Defendants Defend Our Freedoms Foundation, Orly Taitz, Inc., and Appealing Dentistry.

The Court has particular concerns about the outcome of the hearing regarding Berg scheduled for February 23, 2011, before the Disciplinary Board of the Supreme Court of Pennsylvania. (Dkt. # 51-1.)

Thus, the Court declines to rule on the Application at this time. The Court will ask the parties about the outcome of the Pennsylvania disciplinary hearing and whether Berg is in good standing when the parties next appear in this Court at the scheduling conference on calendar for February 28, 2011

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 10-1573 AG (PLAx)** | Date | February 22, 2011 |
|---|---|---|---|
| Title | CHARLES EDWARD LINCOLN III v. DAYLIGHT CHEMICAL INFORMATION SYSTEMS, INC., et al. | | |

The Court ORDERS Berg to attend the February 28, 2011 scheduling conference. Berg may file papers concerning this matter, including a status report regarding the outcome of the Pennsylvania disciplinary hearing, by noon on Thursday, February 24, 2011.

|   |   : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |