San Bernardino County

316 North Mountain view

San Bernardino CA 92415-0004

909-387-8309

www.co.san-bernardino.ca.us/da

San Bernardino County, CA

Probation Department

175 w. Fifth str. 4th floor

S. Bernardino, CA

Audrey B. Collins

Chief Judge

US District Court

411 W. Fourth str

Santa Ana CA 92701

Judge David O. Carter

USDC Central District of CA

411 West Fourth Str

Santa Ana CA 92701

Liberi v Taitz 09.01.10 Motion -Request for missing documents and 60 B Motion

14

Civil and Political Rights Section

Special Procedures Division

Office of the High Commissioner for Human Rights

tel: + 41 22 917 91 51

email: ototh@ohchr.org

/s/ Orly Taitz

09.06.10.


## Proposed order

**Dr. Orly Taitz, Esq**
**Attorney Pro Se & Attorney**
**For Defend Our Freedoms Foundation**
**29839 Santa Margarita Parkway, Suite 100**
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-7603**
**E-Mail: dr_taitz@yahoo.com**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA LIBERI, et al.,** | ) Case # 09-1898 Hon Eduardo Robreno presiding |
| | ) |
| | ) |
| | ) |
| **Plaintiffs** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **ORLY TAITZ, et al.,)** | |
| | ) |
| **Defendants.** | ) |
| | **Reply to Opposition to motion** |

SEP ~ 6 2010

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

Defendants, Dr. Orly Taitz and Defend Our Freedoms Foundation hereinafter "Defendants" are providing a following reply to the 09.14.10 opposition to their motion to provide documents, missing from 08.07.09. transcript and for 60B motion for reconsideration.

Plaintiff's opposition provided zero evidence to deny the Defendant's motion for production of Liberi's PA driver's license, allegedly submitted to this court during 08.07.09 emergency hearing. Yet again Plaintiffs commit fraud on the court, as they bring

decision to deny the Defendant's motion to dismiss this case due to lack of jurisdiction and to include in the 06.04.10 order a finding that "Liberi is a resident of PA"

2. If no PA drivers license for Liberi is available, Defendants are moving this court to dismiss current action 09-1898 Liberi et al v Taitz et al due to lack of jurisdiction, due to the fact that Liberi never provided proof of her PA residence, and without proof of state residence no federal district court can assert diversity jurisdiction.

3. Defendants request sanctions and damages awarded to them due to egregious fraud on the court by the Plaintiffs and their attorney Philip J. Berg

Respectfully submitted,


 /s/ Dr. Orly Taitz, ESQ

07.28.10.




I certify under penalty of perjury, that I served above pleadings on following parties and authorities:


Philip Berg
555 Andorra Glen Court, ste 12
Lafayette Hill PA 19444-2531

Neil Sankey
2470 Stearns str #162
Simi Valley, CA 93063
Linda Belcher
201 Paris
Castroville TX 78009

Ed and Caren Hale
1401 Bowie Str

Wellington TX 79095

Philadelphia District Attorneys' office
3 South Penn square
Philadelphia, PA

US Attorneys' office
Eastern District of PA
615 Chestnut str, ste 1250
Philadelphia PA 19106-4100

Social Security Administration
6401 Security Blvd
Baltimore, MD 21235

James Secord
Assistant District attorney
San Bernardino County
316 North Mountain view
San Bernardino CA 92415-0004
909-387-8309
www.co.san-bernardino.ca.us/da

San Bernardino County, CA
Probation Department
175 w. Fifth str. 4th floor
S. Bernardino, CA

Audrey B. Collins
Chief Judge
US District Court
411 W. Fourth str
Santa Ana CA 92701

Judge David O. Carter
USDC Central District of CA
411 West Fourth Str
Santa Ana CA 92701

Public Integrity Section
Department of Justice
950 Pennsylvania Ave, NW
Washington DC 20530-0001

Office of the United Nations High Commissioner for Human Rights (OHCHR)
Special Rapporteur on the Situation of Human Rights Defenders
The Honorable Mrs. Margaret Sekaggya
Palais des Nations
CH-1211 Geneva 10, Switzerland
International Criminal bar Hague

United Nations Commission for
Civil Rights Defenders
Orsolya Toth (Ms)
Human Rights Officer
Civil and Political Rights Section
Special Procedures Division
Office of the High Commissioner for Human Rights
tel: + 41 22 917 91 51
email: ototh@ohchr.org
/s/ Orly Taitz
07.28.10.

## Proposed order

Law offices of
Dr. Orly Taitz, ESQ
29839 Santa Margarita CA 92688
Pro se and for Defend Our Freedoms Foundation

### UNITED STATES DISTRICT

### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Lisa Liberi, et al                       ) Case # 09-cv-01898-ECR

                         Plaintiffs       ) Assigned to Honorable Eduardo C. Robreno

                                          )

V                                         )

Orly Taitz et al                          )

                         Defendants

Liberi v Taitz 09.27.10 Reply to Opposition to 09.01. Motion        21

Orly Taitz, Esq
Attorney Pro Se & Attorney
For Defend Our Freedoms Foundation
29839 Santa Margarita Parkway, Suite 100
Rancho Santa Margarita CA 92688
Tel: (949) 683-5411; Fax (949) 766-7603
E-Mail: dr_taitz@yahoo.com


## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA LIBERI, et al., | ) Case # 09-1898 Hon Eduardo Robreno presiding |
| | ) Reply to 10.07.10 motion by the Plaintiffs |
| | ) Defendant's request for the court to use its' inherent power |
| | ) to sanction the plaintiffs, |
| | ) Attorney Philip J. Berg and witness Shirley Waddell for |
| Plaintiffs | ) repeated acts of fraud on the court and perjury |
| | ) |
| v. | ) Request to expedite production of Lisa Liberi's |
| | ) Pennsylvania drivers License, allegedly provided to court |
| ORLY TAITZ, et al., | ) during the emergency hearing on 08.07.09. |
| | ) |
| Defendants. | ) |

**Response to Plaintiff's 10.07.10 motion and simultaneous request for this**

**court to use its inherent powers sanction Plaintiff's Attorney Philip Berg for**

**repeated acts of fraud on the court and perjury and request to expedite**

**production of Liberi's PA driver's license**

This case was filed by plaintiffs on May 04, 2009. The case is for defamation of

character . The essence of the case is the sworn statement by the Plaintiff Lisa

Liberi and her co-plaintiff and attorney Philip J Berg, claiming that Liberi is an

Liberi et al v Taitz et al. Defendants response to motion. Defendants demand for sanctions
against Plaintiffs, witness Shirley Waddell and Attorney Philip J. Berg 1

/s/ Dr. Orly Taitz, ESQ

07.28.10.

I certify under penalty of perjury, that I served above pleadings on following parties and authorities:

Philip Berg
555 Andorra Glen Court, ste 12
Lafayette Hill PA 19444-2531

Neil Sankey
2470 Stearns str #162
Simi Valley, CA 93063
Linda Belcher
201 Paris
Castroville TX 78009

Ed and Caren Hale
1401 Bowie Str
Wellington TX 79095

Philadelphia District Attorneys' office
3 South Penn square
Philadelphia, PA

US Attorneys' office
Eastern District of PA
615 Chestnut str, ste 1250
Philadelphia PA 19106-4100

Social Security Administration
6401 Security Blvd

Liberi et al v Taitz et al. Defendants response to motion. Defendants demand for sanctions against Plaintiffs, witness Shirley Waddell and Attorney Philip J. Berg 11

Baltimore, MD 21235


James Secord
Assistant District attorney
San Bernardino County
316 North Mountain view
San Bernardino CA 92415-0004
909-387-8309
www.co.san-bernardino.ca.us/da


San Bernardino County, CA
 Probation Department
175 w. Fifth str. 4th floor
S. Bernardino, CA


Audrey B. Collins
Chief Judge
US District Court
411 W. Fourth str
Santa Ana CA 92701


Judge David O. Carter
USDC Central District of CA
411 West Fourth Str
Santa Ana CA 92701


Public Integrity Section
Department of Justice
950 Pennsylvania Ave, NW
Washington DC 20530-0001


Office of the United Nations High Commissioner for Human Rights (OHCHR)
Special Rapporteur on the Situation of Human Rights Defenders
The Honorable Mrs. Margaret Sekaggya
Palais des Nations
CH-1211 Geneva 10, Switzerland
International Criminal bar Hague


Liberi et al v Taitz et al. Defendants response to motion. Defendants demand for sanctions
against Plaintiffs, witness Shirley Waddell and Attorney Philip J. Berg 12

Case 8:10-cv-01573-AG -PLA  Document 54-2  Filed 02/22/11  Page 10 of 26  Page ID
#:1429
10/21/2010  13:52 9491
Case 2:09-cv-01898-ER  Document 147  Filed 10/21/10  Page 57 of 58

United Nations Commission for
Civil Rights Defenders
Orsolya Toth (Ms)
Human Rights Officer
Civil and Political Rights Section
Special Procedures Division
Office of the High Commissioner for Human Rights
tel: + 41 22 917 91 51
email: ototh@ohchr.org
/s/ Orly Taitz
07.28.10.

Proposed order

Law offices of
Dr. Orly Taitz, ESQ
29839 Santa Margarita CA 92688
Pro se and for Defend Our Freedoms Foundation

## UNITED STATES DISTRICT

### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Lisa Liberi, et al                          ) Case # 09-cv-01898-ECR

              Plaintiffs                 ) Assigned to Honorable Eduardo C.

Robreno

                                     )

V                                           )

Orly Taitz et al                            )

    Liberi et al v Taitz et al. Defendants response to motion. Defendants demand for sanctions
         against Plaintiffs, witness Shirley Waddell and Attorney Philip J. Berg 13

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "B"



## Supreme Court of Pennsylvania

**Eastern District**

John W. Person Jr., Esq.
Deputy Prothonotary
Patricia A. Johnson
Chief Clerk

468 City Hall
Philadelphia, PA 19107
(215) 560-6370
www.pacourts.us

**January 14, 2011**

Philip J. Berg, Esq.
555 Andorra Glen Ct Ste 12
Lafayette Hill, PA 19444-2531

RE:   **Certificate of Good Standing**

Dear Attorney Berg:

    Enclosed is your Certificate of Good Standing confirming that you are an active member in good standing of the Bar of the Supreme Court of Pennsylvania.

    In addition, enclosed is your Receipt Number(s) 2011-SUP-E-000117 showing payment in the amount of $25.00.

Very truly yours,

Office of the Prothonotary

/rdh
Enclosure



Supreme Court of Pennsylvania
# PAYMENT RECEIPT

Receipt Date: 01/14/2011
Receipt No: 2011-SUP-E-000117

**Remitter:**

Philip J. Berg, Esq.
555 Andorra Glen Ct Ste 12
Lafayette Hill, PA 19444-2531

## PAYMENT

| Method | Check / Money Order No. | Bank Transit No. | | Amount |
|---|---|---|---|---|
| Money Order | 18411341354 | | $ | 25.00 |

## FEE

| Date | Type | Pages | Fee Amount | | Paid |
|---|---|---|---|---|---|
| 166 CGS 2011 | Certificate of Good Standing for Berg, Philip J. | | | | |
| 01/13/2011 | Request for Certificate of Good Standing | 1 $ | 25.00 | $ | 25.00 |
| | | $ | 25.00 | $ | 25.00 |

|  |  |
|---|---|
| Total Payment: $ | 25.00 |
| Change: $ | 0.00 |
| Payments Less Change: $ | 25.00 |

**Comments:**

### RETAIN THIS RECEIPT FOR YOUR RECORDS



### Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

## *Philip J. Berg, Esq.*

### DATE OF ADMISSION

### November 18, 1971

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 14, 2011

Patricia A. Johnson
Chief Clerk

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "B"



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Philip J. Berg, Esq.

#### DATE OF ADMISSION

#### November 18, 1971

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 14, 2011

Patricia A. Johnson
Chief Clerk

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "C"

Charles Edward Lincoln, III
603 Elmwood Place, Suite #6
Austin, Texas 78705
Telephone: (512) 968-2500
E-mail: charles.lincoln@rocketmail.com
Plaintiff *in propia persona*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CHARLES EDWARD LINCOLN, III<br><br>Plaintiff,<br><br>vs.<br><br>DAYLIGHT CHEMICAL INFOR-MATION SYSTEMS, INC., et al,<br><br>Defendants. | CIVIL ACTION NUMBER:<br><br>**8:10-CV-01573 AG (PLAx)**<br><br><br>**Declaration of Dr. Charles Edward Lincoln, III** |

### <u>Declaration of Dr. Charles Edward Lincoln, III</u>

I, Charles Edward Lincoln, III, am over the age of 18 and am the Plaintiff in the above-entitled-and-numbered cause. I have personal knowledge of the facts herein, and if called to do, I can and will competently testify. I make this Declaration under the penalty of perjury of the Laws of the United States pursuant to 28 U.S.C. §1746.

---

Declaration of Dr. Charles Edward Lincoln, III                                                                1

1.     I drafted and filed the original and First Amended Complaints in this action on my own behalf, *pro se*, *in propia persona*.

2.     From about May 30, 2009 through November 4, 2009, Orly Taitz brought me to California from Florida, Massachusetts, and Texas to work with her as a law clerk and consultant and to assist her with her pending litigation.  The first of the cases I assisted her with was *Liberi, et al v. Taitz, et al* filed in U.S. District Court in Philadelphia and pending in the Eastern District of Pennsylvania.  Although our relationship grew and became multifaceted and complex, Orly Taitz suddenly and unilaterally terminated our collaboration on the evening of November 4, 2011.

3.     In or about the end of December 2009, in the resulting aftermath of this termination, I hired Philip J. Berg, Esquire to represent and defend me in a Court matter in Florida, specifically an Order to Show Cause (a satellite litigation spun off from a mortgage-redemption case I had filed) which was originated and orchestrated by Orly Taitz, essentially to cover up and distract attention from a romantic relationship which had been exposed and made public by another of her former colleagues/associates in relation to the presidential eligibility litigation.

4.     Mr. Berg was successful in his litigation and I was neither sanctioned by the Court nor found guilty of any criminal or civil infraction or offense as a result of Orly Taitz's malicious prosecution and false allegations.

5.      None of the Plaintiffs in the *Liberi, et al v. Taitz, et al* case have anything to do with my present complaint or litigation and therefore, the documents and statement filed by Orly Taitz in this Court's Docket Entry No.'s 24, 26, 30, 38, 38-1, 42, 43 and 46 are inappropriate, irrelevant and very prejudicial to the *Liberi, et al* Case as the U.S. District Court for the Eastern District of Pennsylvania has ordered that case transferred as a matter of venue and convenient forum to this United States District Court for the Central District of California, Southern Division.

6.      In addition, Orly Taitz continues to file what appear to be documents from other Court cases in which I was involved or in which I might have been named though not directly involved.   Just as with the *Liberi, et al* file, the documents pertaining to me and filed by Orly Taitz are completely irrelevant to any issue presently before the Court relating to my complaint and/or its probable amendments.

7.      Notably among these, Orly Taitz also has filed documents and statements pertaining to my August, 2000 conviction for misstatement of my social security number in violation of 42 U.S.C. §408(a)(7)(B).   I had told Orly Taitz of my conviction before we ever began working together, plus I have a blog on-line which describes everything about my history in some detail. I had even warned Orly Taitz that she ran a risk by not officially disclosing my background to all her

---

clients, but that as Patriotic Americans they should understand that I was charged and convicted essentially for offending the U.S. District Courts in Texas with my civil rights litigation rather than anything else. My criminal conviction is now over ten years old and certainly does not have any relevancy to the within suit, even though my very low-supervision "probation" (during which I was even allowed to travel to Europe, Africa, and the Middle East, pursuing my former career in archaeology) did not formally end until 2003.

8.      Orly Taitz continues to make statements in her filings implying to this Court that I spent a large amount of time in jail. This simply is not true, in fact, my time spent involved in a romantic liason with Orly Taitz exceeds by a factor of more than two (more than 100%) all the time I ever spent in jail (even combining two arrests for contempt [or something like contempt] in August 2006 and December 2007-January 2008).

9.      In several of Orly Taitz's filings (which mirror if they do not duplicate her prior published and public statements for which I am already suing her in this case) she misrepresents or at best presents in ludicrously false light the facts into issues concerning my previous conviction, what the _Liberi, et al_ Case is about. Astoundingly, just as one example, she falsely claims Lisa Ostella and I are associates and calls us co-conspirators, when we have never worked together, nor even met.

Declaration of Dr. Charles Edward Lincoln, III

4

10.    Further, Orly Taitz has claimed in her filings and insinuated that Gary Kreep, Philip J. Berg, Esquire and Lisa Liberi interjected themselves into litigation she had pending against President Barack Obama.  This is untrue.  I can state from personal knowledge working as Orly's assistant and in reviewing all the relevant paperwork and "evidence" which Orly gave me to review that Lisa Liberi has never interfered or had anything to do with any of Orly Taitz's cases, other than the case Mrs. Liberi has pending against her, which suit complains of matters of personal injury, defamation, and fraud (and, ironically, improper publication of private information, including social security numbers) quite unrelated to Barack Obama or his eligibility to serve as President of the United States.

11.    Philip J. Berg, Esquire did send a letter to Judge Carter in the case of *Barnett v. Obama* and requested a document filed by Orly Taitz to be sealed as it contained the birth date, social security number and other private data of Lisa Liberi.  Other than protecting his client, Mr. Berg has not had anything to do with any of Orly Taitz's "Obama" cases.

12.    Gary Kreep is an attorney two (2) Plaintiffs in a case against President Obama hired, when they fired Orly Taitz.  Because Orly Taitz represented other Plaintiffs in the same case, Gary Kreep and Orly Taitz had to work together.  They had previously cooperated on related litigation in California Superior Court.

13.     I submit to the Court that Orly Taitz has filed this barrage of irrelevant and immaterial documents in a misguided attempt to prejudice this Court against my attorney, Philip J. Berg, his paralegal, and a case completely unrelated to this one, *Liberi, et al v. Taitz, et al*, as well as two of the Plaintiffs in *Liberi, et al v. Taitz, et al*, Lisa Liberi and Lisa Ostella.

14.     Unfortunately, Orly Taitz has a bad history of retaliating and bullying those who speak against her, such as testifying and those who help or assist one she considers an enemy, like myself.  I can only hope this Court will put a stop to Orly Taitz' wildly inappropriate behavior, which effectively wastes massive amounts of time and diverts the attention of the parties and the Court from the real issues in this case, which revolve around Orly Taitz' attempts to destroy me and my future professional recovery to cover up, divert attention from, and disguise the facts that (1) we had an affair because she was an unhappily married, lonely woman controlled by an abusive husband, (2) we made major business plans together around which I redesigned my entire personal and professional life, and (3) her husband Yosef Taitz used (apparently very credible and real) threats of violence, extortion, and intimidation to put an end to both our personal and business relationships---all the while Orly and Yosef and Daylight Chemical Information Systems, Inc., were engaged in a conspiracy to defraud me and the rest of the American people by leading them to believe that they were engaged in one sort of

politically-oriented constitutional crusade when in fact they were aiming to achieve exactly the opposite purpose.

15.    For the reasons stated in my Motion to Strike, I pray this Court grant my Motion and Strike Orly Taitz's filings appearing on the Docket as Entry numbers 24, 26, 30, 38, 38-1, 42, 43, and 46.

//
//
//

I declare under the penalty of perjury of the Laws of the United States, California, and Texas that the foregoing is true and correct.

Executed this 18th day of February 2011 in the State of California, County of Los Angeles.

Dr. Charles Edward Lincoln, III
Plaintiff

Charles Edward Lincoln, III
603 Elmwood Place, Suite #6
Austin, Texas 78705
Telephone: (512) 968-2500
E-mail: charles.lincoln@rocketmail.com
Plaintiff *in propia persona* pending his Attorney's admission *pro hac vice*

Philip J. Berg, Esquire
Law Offices of Philip J. Berg
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
(610) 825-3134
Email: philjberg@gmail.com
PA ID 09867
Attorney for Charles Edward Lincoln, III pending *admission pro hac vice*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CHARLES EDWARD LINCOLN, III <br><br> Plaintiff, <br><br> vs. <br><br> DAYLIGHT CHEMICAL INFORMATION SYSTEMS, INC., et al, <br><br> Defendants. | CIVIL ACTION NUMBER: <br><br> **8:10-CV-01573 AG (PLAx)** <br><br> **Certificate of Service** <br><br> Date of Hearing:   March 21, 2011 <br> Time of Hearing:   10:00 a.m. <br> Location:  Courtroom: 10D |

I, Charles Edward Lincoln, III hereby certify a true and correct copy of Plaintiff's Notice of Motion and Motion to Strike were served through the ECF filing system and Email this 18th day of February 2011 upon the following:

Plaintiff's Memorandum of Points and Authorities in support of his Motion to Strike 02.16.2011                    26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Mark I Melo**
Bradley and Gmelich
700 N Brand Blvd 10th Fl
Glendale, CA 91203-1202
Email: mmelo@bglawyers.com

Attorney for Defendants, Yosef Taitz and
Daylight Chemical Information Systems, Inc.

**Orly Taitz**
Orly Taitz Law Offices
26302 La Paz, Ste 211
Mission Viejo, CA 92691
Email: dr_taitz@yahoo.com

Attorney for Defendants, Appealing Dentistry; Defend our
Freedoms Foundations, Inc.; and Orly Taitz, Inc.

**William Edward Pallares**
Lewis Brisbois Bisgaard and Smith LLP
221 North Figueroa Street 12th Floor
Los Angeles, CA 90012-2601
Email: pallares@lbbslaw.com

Attorney for Defendants, Orly Taitz and Law Offices of Orly Taitz

Dated:  February 18, 2011

_____
Charles Edward Lincoln, III
603 Elmwood Place, Suite #6
Austin, Texas 78705
Telephone: (512) 968-2500
E-mail: charles.lincoln@rocketmail.com
Plaintiff *in propia persona* pending
his attorney's admission *pro hac vice*