Name and address
WILLIAM C. HAGGERTY, No. 76652
FORD, WALKER, HAGGERTY & BEHAR
ONE WORLD TRADE CENTER
27TH FLOOR
LONG BEACH, CA 90831-2700
(562) 983-2500

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Charles Edward Lincoln, III | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:10-cv-01573-AG-PLA |
| v. | |
| Daylight Chemical Information Systems, Incorporated, Yosef Taitz, Appealing Dentistry, et al.  Defendant(s) | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

DR. ORLY TAITZ        [ ] Plaintiff  [x] Defendant  [ ] Other _____
*Name of Party*

to substitute William C. Haggerty of Ford, Walker, Haggerty & Behar    who is

[x] Retained Counsel    [ ] Counsel appointed by the Court (Criminal cases only)    [ ] Pro Se

Ford, Walker, Haggerty & Behar, One World Trade Center, 27th Floor
*Street Address*

Long Beach, Ca 90831                    bill@fwhb.com
*City, State, Zip*                        *E-Mail Address*

(562) 983-2504            (562) 590-3546            76652
*Telephone Number*          *Fax Number*              *State Bar Number*

as attorney of record in place and stead of Lewis Brisbois Bisgaard and Smith, LLP
*Present Attorney*

is hereby    [ ] GRANTED    [ ] DENIED


Dated _____        _____
                                    U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.