Name and address
WILLIAM C. HAGGERTY, No. 76652
FORD, WALKER, HAGGERTY & BEHAR
ONE WORLD TRADE CENTER
27TH FLOOR
LONG BEACH, CA 90831-2700
(562) 983-2500

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Charles Edward Lincoln, III | CASE NUMBER |
|---|---|
| | 8:10-cv-01573-AG-PLA |
| v. Plaintiff(s) | |
| Daylight Chemical Information Systems, Incorporated, Yosef Taitz, Appealing Dentistry, et al. | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

Law Offices of Orly Taitz          ☐ Plaintiff  ☒ Defendant  ☐ Other _____
_Name of Party_

hereby request the Court approve the substitution of FORD, WALKER, HAGGERTY & BEHAR
_New Attorney_

as attorney of record in the place and stead of LEWIS BRISBOIS BISGAARD AND SMITH, LLP
_Present Attorney_

Dated February 24, 2011

_Signature of Party/Authorized Representative of Party_
Orly Taitz

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated February 24, 2011

_Signature of Present Attorney_
William Edward Pallares, Esq.

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated February 24, 2011

_Signature of New Attorney_
William C. Haggerty

Katherine M. Harwood, #225202       76652
_State Bar Number_

If party requesting to appear Pro Se:

Dated _____

_Signature of Requesting Party_

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)            REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY            CCD-G1

(PROOF OF SERVICE BY ELECTRONIC MAIL – F.R.Civ.P. 5)
**Lincoln v. Daylight Chemical Information Systems, et al.**
Case No: 8:10-cv-01573-AG-PLA

UNITED STATES DISTRICT COURT )
)
CENTRAL DISTRICT OF CALIFORINA )

     I am employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action; my business address is: One World Trade Center, Twenty-Seventh Floor, Long Beach, California 90831-2700

     On February 25, 2011 I served the within:

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

on the interested parties in said action,

  __x__ Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed below:

SEE ATTACHED MAILING LIST

  ____ by depositing it in the United States Mail at Long Beach, California, in a sealed envelope with the postage fully prepaid to the following;

  ____ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

  __x__ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

  __x__ I hereby certify under the penalty of perjury that the foregoing is true and correct.

     Executed on February 25, 2011, at Long Beach, California.

*/s/ Diana Boyadjian*
Diana Boyadjian

1

PROOF OF SERVICE

| | | |
|---|---|---|
| Charles Edward Lincoln, III<br>603 Elmwood Place<br>Suite 6<br>Austin, TX 78705 | Charles.lincoln@rocketmail.com<br><br>512/968-2500 | Plaintiff in Pro Per |
| Mark Melo<br>Bradley and Gmelich<br>700 North Brand Boulevard<br>10th Floor<br>Glendale, California 91203-1202 | Mmelo@bglawyers.com<br><br>818/2430-5200<br>818/243-5266 (facsimile) | Attorneys for Defendants Daylight Chemical Information Systems Incorporated and Yosef Taitz |
| Orly Taitz<br>Orly Taitz Law Offices<br>26302 La Paz, Suite 211<br>Mission Viejo, California 92691 | Dr_taitz@yahoo.com<br><br>949/683-5411 | Attorneys for Defendants Appealing Dentistry Defend Our Freedoms Foundation, Orly Taitz, Inc., and Law Offices of Orly Taitz |
| Gary G. Kreep<br>Law Offices of Gary G. Kreep<br>932 D Street, Suite 2<br>Ramona, California 92065 | Usjf@usjf.net<br><br>760/788-6624<br>760-788-6414 (facsimile) | Attorneys for Plaintiff Charles Edward Lincoln, III |
| Philip J. Berg<br>Law Offices of Philip J. Berg<br>555 Andorra Glen Court<br>Suite 12<br>Lafayette Hill, PA 19444-2531 | Philjberg@gmail.com<br><br>610/825-3134 (telephone)<br>610/834-7659 (facsimile) | Pro Hac Vice Attorneys for Plaintiff Charles Edward Lincoln, III |
| William Edward Pallares<br>Lewis Brisbois Bisgaard and Smith LLP<br>221 North Figueroa Street, 12th Floor<br>Los Angeles, California 90012-2601 | Pallares@lbbslaw.com<br><br>213/250-1800<br>213/250-7900 (facsimile) | Attorneys for Defendants Law Offices of Orly Taitz and Dr. Orly Taitz |