DR. ORLY TAITZ, ESQ SB#223433
29839 SANTA MARGARITA PKWY
RANCHO SANTA MARGARITA CA 92688, STE 100
PH 949-683-5411 FAX 949-766-7603
Attorney FOR DEFEND OUR FREEDOMS FOUNDATION,
ORLY TAITZ INC, APPEALING DENTISTRY

| | |
|---|---|
| CHARLES LINCOLN,              ) | CASE NO.: 8:10-CV-01573-AG |
|         PLAINTIFF,            ) | DEFENDANTS' DEFEND OUR |
|     VS.                       ) | FREEDOMS FOUNDATION, ORLY |
| DAYLIGHT CHEMICAL, et al      ) | TAITZ INC AND APPEALING |
|         DEFENDANT             ) | DENTISTRY ADMINISTRATIVE |
|                               ) | MOTION- REQUEST FOR |
|                               ) | CLARIFICATION REGARDING |
|                               ) | document 50 |
|                               ) | |
|                               ) | |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:
PLEASE TAKE NOTICE Defendants Defend Our Freedoms Foundation, Orly Taitz, inc and Appealing Dentistry (collectively "Defendants") are filing this administrative motion REQUEST FOR CLARIFICATION. On 02.23.2011 Clerk of the court filed a notice of deficiency regarding document 50 "Request for Sanctions", which stated that the date of the hearing is missing or incorrect or untimely. The filer of the motion checked the document in question. It shows that the document was filed on February 21, 2011. The requested date of the hearing is March 21, 2011 (same

date as scheduled for other motion hearings on this case). It was filed 28 days prior to the hearing and therefore the date appear to be properly posted, not missing, correct and timely. It is the understanding of the filer of the motion that it will be heard on 03.21.2011 together with other motions. Please, advise.

Respectfully submitted
/s/Orly Taitz
Dr.Orly Taitz, ESQ
02.28.2011

**FEDERAL COURT PROOF OF SERVICE**

I certify under penalty of perjury and under the laws of CA that I served the parties to this action with above pleadings via ECF and/or mail on 02.28.2011

Dated this 02.28.2011
/s/Orly Taitz

Dr. Orly Taitz, ESQ
29839 Santa Margarita Pkwy
Rancho Santa Margarita CA 92688

Defendants' 02.17.2011 motion for clarification    2