Charles Edward Lincoln, III
603 Elmwood Place, Suite #6
Austin, Texas 78705
Telephone: (512) 968-2500
E-mail: charles.lincoln@rocketmail.com
Plaintiff *in propia persona*

FILED
2011 FEB 25 PM 1:55
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-SANTA ANA
### SOUTHERN DIVISION

| | |
|---|---|
| Charles Edward Lincoln, III, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> Daylight Chemical Information Systems, § <br> Incorporated, et al, § <br> Defendants. § | CIVIL ACTION NUMBER: <br><br> **8:10-cv-01573-AG-PLA** <br><br> NOTICE OF ERRATA |

## NOTICE OF ERRATA REGARDING PLAINTIFF'S SIGNATURE IN RELATION TO PACER COPY OF HIS MEMORANDUM OF POINTS AND AUTHORITIES, DOCKET ENTRY NO. 54 IN SUPPORT OF HIS MOTION TO STRIKE

**The undersigned PLAINTIFF CHARLES EDWARD LINCOLN, III, HEREBY GIVES NOTICE TO THE COURT that, at least according to the version of his Memorandum of Points and Authorities scanned onto PACER, it appears that Plaintiff mistakenly left two (2) of the original copies of his** Memorandum of Points and Authorities filed in support of his Notice of Motion and Motion to Strike unsigned.

Plaintiff recalls signing four copies of each document (3 under FedEx Envelope Cover to the U.S. District Clerk and 1 to the chambers of U.S. District

*Charles Edward Lincoln v. Daylight Chemical Information Systems, Inc., et al.*     1

*Notice of Errata: (Accidentally Omitted Signatures on Memorandum), February 24, 2011*

Judge Andrew Guilford as a "courtesy copy", but it appears that Plaintiff accidentally failed to sign one of the signature pages (filed with this court) in his Memorandum of Points and Authorities unsigned and also left the Certificate of Service unsigned. Accordingly, Plaintiff Charles Edward Lincoln, in an abundance of caution, now provides this notice as confirmation and clarification that he did intend to sign the Motion. See Plaintiff's signed pages attached hereto as **EXHIBITS "1" and "2"**.

    Plaintiff served a copy of all this notice to Dr. Orly Taitz and Messers. William Pallares, Bart Becker, Jonathan Ross, M. Melo, and A. Levine by electronic transmission as an attachment via e-mail

Thursday, February 24, 2011

Respectfully submitted,

By: _____
CHARLES EDWARD LINCOLN, III
*Pro se/in propia persona*

---

*Charles Edward Lincoln v. Daylight Chemical Information Systems, Inc., et al.*     2

*Notice of Errata: (Accidentally Omitted Signatures on Memorandum), February 24, 2011*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "1"

62.  For the reasons stated herein, all the Exhibits and Attachments filed by Defendant Taitz in Dkt No.'s 24, 26, 30, 38, 38-1, 42, 43, and 46 are unauthenticated and inadmissible. Therefore, they must be Stricken.

### III. CONCLUSION

63.  For the reasons outlined herein, this Court must grant Plaintiff's Motion and Strike Defendant Orly Taitz's filings appearing as Dkt. No.'s 24, 26, 30, 38, 38-1, 42, 43, 46, and all attachments and Exhibits to said filings. Plaintiff should also be awarded Attorney Fees in the amount of Five Thousand [$5,000.00] Dollars from Attorney Orly Taitz, expended for the assistance of counsel in responding to the improper, frivolous filings of Defendants Appealing Dentistry, Orly Taitz, Inc. and Defend our Freedoms Foundations, Inc. by their Attorney, Orly Taitz.

Respectfully submitted,

Dated: February 18, 2011

Charles Edward Lincoln, III
603 Elmwood Place, Suite #6
Austin, Texas 78705
Telephone: (512) 968-2500
E-mail: charles.lincoln@rocketmail.com
Plaintiff *in propia persona* pending
his attorney's admission *pro hac vice*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "2"

Charles Edward Lincoln, III
603 Elmwood Place, Suite #6
Austin, Texas 78705
Telephone: (512) 968-2500
E-mail: charles.lincoln@rocketmail.com
Plaintiff *in propia persona* pending his Attorney's admission *pro hac vice*

Philip J. Berg, Esquire
Law Offices of Philip J. Berg
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
(610) 825-3134
Email: philjberg@gmail.com
PA ID 09867
Attorney for Charles Edward Lincoln, III pending *admission pro hac vice*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA,
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES EDWARD LINCOLN, III<br><br>Plaintiff,<br><br>vs.<br><br>DAYLIGHT CHEMICAL INFORMATION SYSTEMS, INC., et al,<br><br>Defendants. | CIVIL ACTION NUMBER:<br><br>**8:10-CV-01573 AG (PLAx)**<br><br>**Certificate of Service**<br><br>Date of Hearing: March 21, 2011<br>Time of Hearing: 10:00 a.m.<br>Location: Courtroom: 10D |

I, Charles Edward Lincoln, III hereby certify a true and correct copy of Plaintiff's Notice of Motion and Motion to Strike were served through the ECF filing system and Email this 18th day of February 2011 upon the following:

---

Plaintiff's Memorandum of Points and Authorities in support of his Motion to Strike 02.16.2011     26

**Mark I Melo**
Bradley and Gmelich
700 N Brand Blvd 10th Fl
Glendale, CA 91203-1202
Email: mmelo@bglawyers.com

Attorney for Defendants, Yosef Taitz and
Daylight Chemical Information Systems, Inc.

**Orly Taitz**
Orly Taitz Law Offices
26302 La Paz, Ste 211
Mission Viejo, CA 92691
Email: dr_taitz@yahoo.com

Attorney for Defendants, Appealing Dentistry; Defend our
Freedoms Foundations, Inc.; and Orly Taitz, Inc.

**William Edward Pallares**
Lewis Brisbois Bisgaard and Smith LLP
221 North Figueroa Street 12th Floor
Los Angeles, CA 90012-2601
Email: pallares@lbbslaw.com

Attorney for Defendants, Orly Taitz and Law Offices of Orly Taitz

Dated: February 18, 2011

Charles Edward Lincoln, III
603 Elmwood Place, Suite #6
Austin, Texas 78705
Telephone: (512) 968-2500
E-mail: charles.lincoln@rocketmail.com
Plaintiff *in propia persona* pending
his attorney's admission *pro hac vice*