```
Dr. ORLY TAITZ, ESQ SB#223433
29839 SANTA MARGARITA PKWY
RANCHO SANTA MARGARITA CA 92688, STE 100
PH 949-683-5411 FAX 949-766-7603
E-MAIL orly.taitz @gmail.com
Attorney FOR DEFEND OUR FREEDOMS FOUNDATION,
ORLY TAITZ INC, APPEALING DENTISTRY
```

| | |
|---|---|
| **CHARLES LINCOLN,** | ) CASE NO.: 8:10-CV-01573-AG<br>) DEFENDANTS'DEFEND OUR<br>) FREEDOMS FOUNDATION, ORLY |
| PLAINTIFF, | ) TAITZ INC AND APPEALING |
| VS. | ) DENTISTRY<br>) Request for judicial notice |
| **DAYLIGHT CHEMICAL,et al** | ) |
| DEFENDANT | ) |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants Defend Our Freedoms Foundation, Orly Taitz, inc and Appealing Dentistry (collectively "Defendants) will be filing under Federal Rule 201 following Request for Judicial Notice of order by a **federal judge to hold Pro Hac Vice request by Philip J. Berg in abeyance. Exhibit 1. Civil action 08-2254 USDC DC**

 Pro hac vice was never granted in this case to Philip Berg and the case was dismissed. This took place before the Disciplinary Board of the Supreme Court of Pennsylvania instituted disciplinary proceedings against Berg. This precedent shows that
Federal court has wide latitude to deny pro hac vice applications and specifically shows one not being granted to Philip Berg.  Defendants request this judicial notice to be treated as a supplemental brief

to the Opposition to pro hac vice requested by Philip Berg and as a response to the question posed by Your Honor today at the hearing in this case, questioning if one (referring to Berg) can be in good standing with the court, if there are multiple sanctions against him by federal judges.
/s/Orly Taitz
Dr.Orly Taitz, ESQ
02.28.2011

**FEDERAL COURT PROOF OF SERVICE**

I certify under penalty of perjury and under the laws of CA that all the parties to this action were served on 02.28.2011 via ECF and/or mail

Dated this 02.28.2011
/s/Orly Taitz

Dr. Orly Taitz, ESQ
29839 Santa Margarita Pkwy
Rancho Santa Margarita CA 92688