UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GREGORY S. HOLLISTER,                :
                                     :
        Plaintiff,                   :
                                     :
    v.                               :  Civil Action No. 08-2254 (JR)
                                     :
BARRY SOETORO, *et al.*,              :
                                     :
        Defendants.                  :

### ORDER

Plaintiff's motion to file interpleader and deposit funds with the court [#2] is frivolous and is **denied.** His motion to shorten time for defendants to respond to his complaint [#3] is moot and is **denied.** The motions of his counsel [#4, #5] for the admission *pro hac vice* of Philip J. Berg and Lawrence J. Joyce are **in abeyance** until the Court has had the opportunity, in open court, to examine their credentials, their competence, their good faith, and the factual and legal bases of the complaint they have signed.

                                        JAMES ROBERTSON
                                   United States District Judge