UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 10-1573-AG(PLAx) | Date | February 28, 2011 |

Title    CHARLES EDWARD LINCOLN, III v DAYLIGHT CHEMICAL
INFORMATION SYSTEMS, INC., ET AL

Present: The
Honorable        ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Denise Paddock |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Philip Berg, PHV | William Haggerty |
| | Jonathan Ross |
| | Orly Taitz |

**Proceedings:**    SCHEDULING CONFERENCE

Cause is called for hearing and counsel make their appearances. Court and counsel discuss the pro hac vice application of Philip Berg.  The Court takes that matter under submission  The Court sets the following dates:

Discovery Cutoff is December 13, 2011.

A Final Pretrial Conference is set for February 27, 2012, at 8:30 a.m.

A Jury Trial is set for March 13, 2012 at 9:00 a.m.  Court sets the length of the trial at 6 days.

Scheduling Order Specifying Procedures is signed and filed this date.

:    35

Initials of Preparer    lmb