From the desk of

# Neil Sankey

August 1, 2010

Marcia M. Waldron, Clerk to the Court,
United States Court of Appeals
For the Third Circuit.
21400 United States Courthouse
601 Market Street
PHILADELPHIA
Pennsylvania 19106-1970

           Re: Lisa Liberi, et al., v. Orly Taitz, et al.,
           Case Number: 10-3000
           District Case No.:2-09 CV 01898-ECR

Dear Clerk

Once again I am compelled to write to you because of the unprofessional lies of a Member of your State Bar. I appear in Pro Se and respectfully ask that you docket my correspondence with you.

I do wish to join with Doctor Taitz in her motion for Appeal in this case. I ask that you dismiss this instantly due to fraud on the part of the plaintiffs. I also ask that you impose maximum sanctions, fees and costs against the Plaintiffs and Berg.

I sincerely apologize having to waste your time with all these letters, I feel compelled to write as Berg, quite erroneously, seems to assume that, if unanswered, there is implied

agreement, or consent. Nothing could be further from the truth, indeed, the man is a proven liar and could never be trusted to act honestly and with integrity.

Sincerely Yours,

Neil Sankey

4230 Alamo Street, Simi Valley, California 93063

(818) 366-0919.  Fax:  (805) 520-3151. Mobile: (818) 212-7615

Email:  nsankey@privateinvestigation.com

Case: 10-300073-DC Document: 0031102375 1 Page: 2/01/Date Filed: 08/02/2010 Page ID #:1546