

August 5, 2010

To Marcia M Waldron
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

RE: Liberi et al vs Taitz et al
Case Number: 10-3000
District Case Number: 2-09-cv-01898

To the Clerk:

I am a Pro Se Defendant and wish to join Dr Orly Taitz's appeal. She will be putting in an appearance on my behalf today at some time, but I wanted to answer because of issues she is having accessing PACER from Europe while she is out of the country.

Once again I am compelled to write because of the sworn false affidavits of an attorney representing Plaintiffs in this case, Philip J Berg who has not served me with any copies in this suit for the past year. By his own admission in his initial pleadings he stated he was blocked from sending me any electronic mail or attachments. This is because I have personal knowledge of spyware and other malware that have damaged his computer and i refuse to allow him to infect my own computers by accepting improper service. He was notified not to send me pleadings via email and yet he has persisted, violating my rights to Due Process and Equal Protection under the Constitution of the United States of America and the Rules of Civil Procedure. Berg has a material interest in the outcome of the case if he prevails by default by Defendants who are Pro Se because he falsely swore to serving all Defendants. it is clear he has done this as I am the one person as a former insider who had personal knowledge of his own and his paralegal, Lisa Liberi, wrong doing and criminal acts of fraud.

Berg knew I was not guilty of any of his false allegations. There is not one shred of evidence I am guilty of anything other than speaking the truth and confirming for third parties that his convicted felon assistant, resides in

the state of NM, not PA as they falsely allege. I was guilty of due diligence in confirming that donors credit card information was seriously compromised by a known thief having illegal possession of this information. his woman was convicted of 10 felonies for such crimes as theft, forgery, forgery of official government seal as well as other crimes. It a violation of the terms of her probation to have access to this type of information. When I confronted Berg in March 2009, I told him about her criminal history and he didn't even try to deny it. Instead he twisted my words in this suit and falsely alleged I accused Liberi of stealing donations.

I will soon provide a sworn affidavit from one or more third paries and subpoena many various records proving this woman had access to and control over the very large sums donated to Berg. I requested sanctions and referral to law enforcement agencies as well as the PA Bar for investigation, but Judge Robreno did not even docket my letters to him. I would further submit to you that every single document, affidavit and pleadings Berg has filed is full of maliciously defamatory, and false statements alleging all manner of criminal acts that have absolutely no basis in fact other than his owns paranoid delusions. Even his "witnesses" have dirty hands and stand to benefit, or are providing statements hoping to evade criminal and civil prosecution for their own wrongdoing and defamation of defendants. In the past they have hidden behind anonymous Internet identities to smear me and others.

At some point, my address was altered by the court. In spite of numerous telephone calls to the District Clerks office and the chambers of Judge Eduardo Robreno as well as several written notifications, they have refused to correct my address which has resulted in severely delayed mail or mail that is never received by me at all.

I make this statement under penalty of perjury of the laws of the State of Texas. I reside at 201 Paris St, Castroville, Medina County, TX 78009.

*Linda S. Belcher*
Linda L. Belcher