UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 10-1573-AG(PLAx) | Date | March 7, 2011 |
| Title | CHARLES EDWARD LINCOLN, III v DAYLIGHT CHEMICAL INFORMATION SYSTEMS, INC., ET AL | | |

Present: The Honorable   ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Denise Paddock |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearances | Katherine Harwood |
| | Jonathan Ross |
| | Orly Taitz |

**Proceedings:**   DEFENDANTS' MOTION TO STRIKE [DKT #38]


Cause is called for hearing and counsel make their appearances. Counsel submit on the tentative ruling. Motion to strike is DENIED. A separate order denying motion to issue.


                                                                                       :   05

                                                        Initials of Preparer   lmb