```
DR. ORLY TAITZ, ESQ SB#223433
29839 SANTA MARGARITA PKWY
RANCHO SANTA MARGARITA CA 92688, STE 100
PH 949-683-5411 FAX 949-766-7603
Attorney FOR "DEFEND OUR FREEDOMS" FOUNDATION,
ORLY TAITZ, INC, "APPEALING DENTISTRY"
```

| | |
|---|---|
| **CHARLES LINCOLN,** | ) CASE NO.: 8:10-CV-01573-AG |
| PLAINTIFF, | ) DEFENDANTS, "DEFEND OUR |
| VS. | ) FREEDOMS FOUNDATION, ORLY |
| **DAYLIGHT CHEMICAL, et al** | ) TAITZ INC, AND APPEALING |
| DEFENDANT | ) DENTISTRY NOTICE OF MOTION |
| | ) AND MOTION TO DISMISS THE |
| | ) CASE IN ITS' ENTIRETY BASED |
| | ) ON RULE 41(b) and 12B(1) OF |
| | ) FRCP |
| | ) Date: April 18, 2011 |
| | Time: 10 AM |
| | Hon Andrew Guilford |
| | Courtroom 10D |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 18, 2011 Defendants "Defend our Freedoms Foundation", Orly Taitz, inc and Appealing Dentistry (collectively "Defendants") will move the court to dismiss this case in its' entirety based the motion below and oral argument at the motion hearing.

The court was very generous with the Plaintiff in this action, Charles Lincoln. In spite of the fact that the court found no jurisdiction in Federal court and no value in 12 out of 13 causes of action and dismissed all but one minor state cause of action, the court gave the plaintiff an extra month

Orly Taitz, inc and "Appealing Dentistry" Motion to Dismiss 1

to file a second amended complaint. **The second amended complaint was not filed.** The only remaining cause of action in this case is cause of action for quantum meruit against one defendant Orly Taitz for $47,000 amount, which is less than $75,000 required to maintain a legal action in the federal court. Though the defense argues that Plaintiff was paid for the services he provided, that the amount he claims of $47,000 is an outrageous invented number and the Plaintiff actually owes the Defendants a full refund and damages for tremendous damage the Plaintiff caused the Defendants, even if the court will put all of these arguments aside and rules solely on the amount claimed in the First Amended Complaint and assumes as true the allegation by the Plaintiff, that the defendant owes him $47,000, it is still below $75,000 required to maintain a legal action in the Federal court under FRCP 12 (b) and the **court is simply without subject matter jurisdiction to maintain this action any further.** Considering highly offensive nature of the complaint, maintaining it, only serves as further harassment and causes tremendous emotional distress. Additionally, while the Plaintiff claimed hardship in denial of Pro Hac Vice for PA attorney Philip Berg, the Defense wanted to remind the court that The Plaintiff, himself is an attorney. Even though he is disbarred, he can represent himself, he has necessary education, as he is a graduate of the University of Chicago 1992, has nearly 20 years of experience and he maintained some 70 legal actions in Federal courts, where he was a party. Plaintiff filed his complaint and First Amended Complaint **pro se,** as he believed that he does not need another attorney and he was capable to file a second amended complaint by the deadline of March 16, 2011 ordered by the court. Additionally, the Plaintiff still has his local attorney Gary Kreep and he could get assistance of Philip Berg in drafting and assistance of Gary Kreep in drafting and filing electronically. There was no excuse or justification for the Plaintiff not to file the second amended complaint. As the second amended complaint was never filed and the remaining cause of action against one defendant does not provide for subject matter jurisdiction in the Federal court, Defendants respectfully move this court to dismiss this case in its' entirety under 41b and 12 (b)1 FRCP and grant the defendants attorneys' fees and any other relief the court finds just and appropriate.

Respectfully submitted

Orly Taitz, inc and "Appealing Dentistry" Motion to Dismiss 2

/s/ Dr. Orly Taitz, ESQ

03.19.2011

# FEDERAL COURT PROOF OF SERVICE

I certify under penalty of perjury and under the laws of CA that I served the Plaintiff and his counsel via ECF and or mail on 03.19.2011

Dated this 03.19.2011
/s/Orly Taitz

Dr. Orly Taitz, ESQ
29839 Santa Margarita Pkwy
Rancho Santa Margarita CA 92688