

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 10-1573 AG (PLAx) | Date | March 23, 2011 |
| Title | CHARLES EDWARD LINCOLN III v. DAYLIGHT CHEMICAL INFORMATION SYSTEMS, INC., et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:** [IN CHAMBERS] ORDER ON PENDING REQUESTS FOR LEAVE TO FILE

Defendants Orly Taitz, D.D.S., J.D., and Law Offices of Orly Taitz submitted a written request ("First Request") for leave to file a Motion to Dismiss. The First Request is attached to this Order as Exhibit A. The First Request for leave to file is GRANTED but the request to shorten time is DENIED.

Defendants Daylight Chemical Information Systems, Inc., and Yosef Taitz also submitted and filed a written request ("Second Request") for leave to file a Motion to Dismiss. (Dkt. # 79.) The Second Request for leave to file is GRANTED, but the request to shorten time is DENIED.

                                                                    :   0

                              Initials of
                              Preparer           lmb

# EXHIBIT A

LAW OFFICES

## FORD, WALKER, HAGGERTY & BEHAR

LIMITED LIABILITY PARTNERSHIP

**SOUTHERN CALIFORNIA OFFICE**
ONE WORLD TRADE CENTER
TWENTY-SEVENTH FLOOR
LONG BEACH, CALIFORNIA 90831-2700
TELEPHONE (562) 983-2500
FACSIMILE (562) 983-2555

**NORTHERN CALIFORNIA OFFICE**
980 NINTH STREET
SIXTEENTH FLOOR
SACRAMENTO, CALIFORNIA 95814
TELEPHONE (916) 449-9600
FACSIMILE (916) 471-0233

**NEVADA OFFICE**
3960 HOWARD HUGHES PARKWAY
SUITE 500
LAS VEGAS, NEVADA 89169
TELEPHONE (702) 990-3580
FACSIMILE (702) 973-4988
WEBSITE: WWW.FWHB.COM

JEFFREY S. BEHAR
WILLIAM C. HAGGERTY
DONNA ROGERS KIRBY
JAMES D. SAVAGE
PATRICK J. GIBBS
ROBERT L. REISINGER
JOSEPH A. HEATH
SHAYNE L. WULTERIN •
TIMOTHY P. MCDONALD
STEPHEN W. MOORE
CHARLES J. SCHMITT
JON A. HAMMERBECK
CHRISTOPHER R. CHAPMAN •
MITCHELL D. KAYLOR
WILLIAM O. WOODLAND
JASON R. FRIEDMAN •
PATRICK J. STARK
JOHN K. PAULSON
TEJAS D. PATEL
SEAN GANDHI •
DEBORAH J. TADDEUCCI

STACY A. BRADFIELD
JENNIFER L. RUSSELL
ARTHUR W. SCHULTZ
RENEE E. JENSEN •
KISA L. KIRKPATRICK
JEET SEN
AMY L. BORDEN
LISSA D. TOMICH
MEGAN C. HITCHCOCK
ARMEN A. AVAKIAN
FRANK CHIRINO
VICTORIA SILCOX
PAUL CHRISTENSEN
KATHERINE M. HARWOOD
MARY K. TALMACHOFF
MELISSA E. DILLARD
TODD R. BECKER
STEVEN S. SON
CAROLINE V. CHEUNG
GRAHAM D. MILLER
ALEXANDER J. BEHAR

COUNSEL
TIMOTHY L. WALKER
TINA I. MANGARPAN
MAXINE J. LEBOWITZ
K. MICHELE WILLIAMS
JAMES O. MILLER

RETIRED
G. RICHARD FORD

THEODORE P. SHIELD
(1920 - 2010)

• ALSO ADMITTED IN NEVADA

WRITER'S EMAIL ADDRESS

kharwood@fwhb.com

WRITER'S DIRECT DIAL NUMBER

(562) 983-2512

WRITER'S DIRECT FAX NUMBER

(562) 590-3597

March 23, 2011

**VIA EMAIL and MAIL**

Honorable Andrew Guilford
United States District Court
Central District of California
Southern Division
411 West Fourth Street
Room 1053
Santa Ana, California 92701

    Re:    ***Lincoln v. Daylight Chemical, et al.***
            Our Clients:    Orly Taitz, D.D.S., J.D. and Law Office of Orly Taitz
            Our File No:   01211 004

Dear Hon. Guilford:

       Pursuant to the Order of the Court, defendants Orly Taitz, D.D.S., J.D. and Law Offices of Orly Taitz (collectively hereinafter "Defendants") hereby seek leave of court to file a motion to dismiss this action pursuant to Federal Rules of Civil Procedure ("FRCP") 41(b) and 12(b)(1).

       Plaintiff filed his First Amended Complaint on November 5, 2010, in response to which defendants filed a motion to dismiss. (Dkt. # 5.) On February 14, 2011, the Court granted the motion to dismiss in its entirety as to Claims One, Two, Three, Four, Five, Six, Seven, Eight, Nine, Ten, Eleven and Thirteen. (Dkt. # 44). The Court also granted the motion to dismiss as to all defendants save Orly Taitz, D.D.S., J.D. with respect to Claim 12. (*Id.*) The Court ordered a Second Amended Complaint to be filed within 30 days of the order (i.e., March 16, 2011). (*Id.*)

FORD, WALKER, HAGGERTY & BEHAR

March 23, 2011
Page 2

To date, plaintiff has not filed a Second Amended Complaint. FRCP 41(b) authorizes dismissal of an action "if the plaintiff fails to prosecute or to comply with…a court order…" [See *Yourish v. California Amplifier* (9th Cir. 1999) 191 F.3d 983, 986 (dismissal of action for failure to amend the complaint after a Rule 12(b) motion to dismiss was granted with leave to amend).] Here, plaintiff's failure to file a timely Second Amended Complaint warrants dismissal of the action in its entirety as to Law Offices of Orly Taitz ("Law Offices") and a dismissal of all claims against Orly Taitz, D.D.S., J.D. ("Dr. Taitz") except Claim Twelve for Breach of Employment Contract or, in the alternative, Equitable Action in Quantum Meruit.

With only one remaining claim against Dr. Taitz, Dr. Taitz will move for dismissal of Claim Twelve pursuant to FRCP 12(b)(1) on the grounds that the court lacks subject matter jurisdiction. Federal courts have original jurisdication "of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Plaintiff's Twelfth Cause of Action does not arise out of a federal statute. Rather, it arises out of state equitable principles and/or state employment/contractual law. Thus, there is no basis for federal question jurisdiction.

Additionally, if plaintiff seeks to establish subject matter jurisdiction via diversity, which Defendants contest, the amount in controversy does not exceed $75,000, as required pursuant to 28 U.S.C. § 1332. Specifically, according to the First Amended Complaint, plaintiff seeks compensation for 1200 hours of work at $40 per hour, along with reimbursement for Lexis-Nexis fees in the amount of $7,200[1], which totals $55, 200. Plaintiff's failure to meet this threshold amount in controversy warrants dismissal of Claim Twelve and, thus, the entire action, against Dr. Taitz.

Defendants met and conferred with plaintiff regarding dismissal of the action pursuant to Local Rule 7-3 to no avail.

In the interests of judicial economy, Defendants request a shortened time for the hearing on the foregoing motion to dismiss so as to hear the motion on the same date as plaintiff's motion to suspend all deadlines and co-defendants' motion to dismiss presently scheduled on April 18, 2011.

Very truly yours,

KATHERINE M. HARWOOD
For FORD, WALKER, HAGGERTY & BEHAR

KMH:rtl
K:\Client\01211\004\Court\Court.01 (mot to dismiss).doc

---

[1] According to the First Amended Complaint, this alleged debt was not incurred by plaintiff, but by another person, Robert J. Ponte.

FORD, WALKER, HAGGERTY & BEHAR

March 23, 2011
Page 3


CC:

**VIA EMAIL:**

Dr. Orly Taitz
orly.taitz@gmail.com

Jonathan A. Ross
jross@bglawyers.com

Charles Lincoln, III
charles.lincoln@rocketmail.com