**DR. ORLY TAITZ, ESQ SB#223433**
**29839 SANTA MARGARITA PKWY**
**RANCHO SANTA MARGARITA CA 92688, STE 100**
**PH 949-683-5411 FAX 949-766-7603**
**Attorney FOR "DEFEND OUR FREEDOMS" FOUNDATION,**
**ORLY TAITZ, INC, "APPEALING DENTISTRY"**

| | |
|---|---|
| **CHARLES LINCOLN,** | ) CASE NO.: 8:10-CV-01573-AG |
| PLAINTIFF, | ) Appealing Dentistry, Defend |
| VS. | ) Our Freedoms Foundation, |
| **DAYLIGHT CHEMICAL, et al** | ) Orly Taitz, inc |
| DEFENDANT | ) Initial disclosures |
| | ) |
| | ) |
| | ) Hon Andrew Guilford |
| | ) Courtroom 10D |
| | ) |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

As all the causes of action in the First Amended Complaint were dismissed against Defend Our Freedoms Foundation, Appealing Dentistry and Orly Taitz, inc and second Amended Complaint was never filed, currently there is no legal action and no complaint in front of the court against the Defendants. As there is no complaint in front of the court, there are no disclosures under FRCP 26(a)(1)(A).

 Respectfully submitted

/s/ Dr. Orly Taitz, ESQ

03.26.2011

## FEDERAL COURT PROOF OF SERVICE

I certify under penalty of perjury and under the laws of CA that I served the Plaintiff and his counsel as well as other defendants via ECF and/or mail on 03.26.2011

Dated this 03.26.2011
/s/Orly Taitz

Dr. Orly Taitz, ESQ
29839 Santa Margarita Pkwy
Rancho Santa Margarita CA 92688