**DR. ORLY TAITZ, ESQ SB#223433**
**29839 SANTA MARGARITA PKWY**
**RANCHO SANTA MARGARITA CA 92688, STE 100**
**PH 949-683-5411 FAX 949-766-7603**
**Attorney FOR "DEFEND OUR FREEDOMS" FOUNDATION,**
**ORLY TAITZ, INC, "APPEALING DENTISTRY"**

| | |
|---|---|
| **CHARLES LINCOLN,** | ) CASE NO.: 8:10-CV-01573-AG |
| PLAINTIFF, | ) Orly Taitz, inc |
| VS. | ) Statement of interest |
| **DAYLIGHT CHEMICAL, et al** | ) |
| DEFENDANT | ) |
| | ) Hon Andrew Guilford |
| | ) Courtroom 10D |
| | ) |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

The undersigned Counsel of record for Defendant, Orly Taitz, inc,  Orly Taitz hereby submits this certification of interested parties, pursuant to local rule 7.1-1, to include the following listed party that may have a pecuniary interest in the outcome of this case. This representation is made to enable the Court to evaluate possible disqualifications or recusal.

1. Orly Taitz

  Respectfully submitted

/s/ Dr. Orly Taitz, ESQ

03.26.2011

**FEDERAL COURT PROOF OF SERVICE**

I certify under penalty of perjury and under the laws of CA that I served the Plaintiff and his counsel as well as other defendants via ECF and/or mail on 03.26.2011

Dated this 03.26.2011
/s/Orly Taitz

Dr. Orly Taitz, ESQ
29839 Santa Margarita Pkwy
Rancho Santa Margarita CA 92688