1
2
3
4
5

**DR. ORLY TAITZ, ESQ SB#223433**
**29839 SANTA MARGARITA PKWY**
**RANCHO SANTA MARGARITA CA 92688, STE 100**
**PH 949-683-5411 FAX 949-766-7603**
**Attorney FOR "DEFEND OUR FREEDOMS" FOUNDATION,**
**ORLY TAITZ, INC, "APPEALING DENTISTRY"**

6
7
8
9
10
11
12
13
14
15

| | |
|---|---|
| **CHARLES LINCOLN,** | **) CASE NO.: 8:10-CV-01573-AG** |
| **PLAINTIFF,** | **) DEFENDANTS, "DEFEND OUR** |
| **VS.** | **) FREEDOMS" FOUNDATION** |
| **DAYLIGHT CHEMICAL,et al** | **) Statement of interest** |
| **DEFENDANT** | **)** |
| | **)** |
| | **) Hon Andrew Guilford** |
| | **) Courtroom 10D** |
| | **)** |
| | **)** |

16
17
18
19
20
21
22
23
24
25
26
27
28

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

The undersigned Counsel of record for Defendant, Defend Our Freedoms" foundation Orly Taitz

hereby submits this certification of interested parties, pursuant to local rule 7.1-1, to include the

following listed party that may have a pecuniary interest in the outcome of this case. This

representation is made to enable the Court to evaluate possible disqualifications or recusal.

1. Orly Taitz


  Respectfully submitted

/s/ Dr. Orly Taitz, ESQ

03.26.2011

1

2

3

**FEDERAL COURT PROOF OF SERVICE**

4

I certify under penalty of perjury and under the laws of CA that I served the Plaintiff and his

5

counsel as well as other defendants via ECF and/or mail on 03.26.2011

6

7

Dated this 03.26.2011
/s/Orly Taitz

8

Dr. Orly Taitz, ESQ
29839 Santa Margarita Pkwy

9

Rancho Santa Margarita CA 92688

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28