# EXHIBIT A

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 10-1573-AG(PLAx) | Date | February 14, 2011 |
| Title | CHARLES EDWARD LINCOLN, III v DAYLIGHT CHEMICAL INFORMATION SYSTEMS, INC., ET AL | | |

Present: The Honorable    ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Denise Paddock |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:

Charles Lincoln, Pro Se
Philip Berg, PHV

Attorneys Present for Defendants:

William Pallares
Jonathan Ross
Orly Taitz

**Proceedings:**  1. DEFENDANTS LAW OFFICE OF ORLY TAITZ, AND DR. ORLY TAITZ MOTION TO STRIKE PLAINTIFF'S FIRST CLAIM FOR RELIEF
2. DEFENDANTS DAYLIGHT CHEMICAL INFORMATION SYSTEMS INC AND YOSEF TAITZ'S MOTION TO DISMISS(JOINDER BY DEFENDANTS ORLY TAITZ, ESQ., D.D.S., J.D., AND LAW OFFICE OF ORLY TAITZ [DKT #9]
3. JOINDER BY DEFENDANTS DEFEND OUR FREEDOM FOUNDATION, ORLY TAITZ, INC., AND APPEALING DENTISTRY [DKT #13]

Cause is called for hearing and counsel make their appearances. Matters are argued. Motions are granted with 30 days leave to amend. A separate order granting motions shall issue.

                                                                                               :    20

Initials of Preparer    lmb