# EXHIBIT B

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 10-1573 AG (PLAx) | Date | March 2, 2011 |
| Title | CHARLES EDWARD LINCOLN III v. DAYLIGHT CHEMICAL INFORMATION SYSTEMS, INC., et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:** **[IN CHAMBERS] ORDER DENYING APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

Philip J. Berg submitted an Application of Non-Resident Attorney to Appear in a Specific Case ("Application"). (Dkt. # 40.) Berg seeks to represent Plaintiff Charles Edward Lincoln III in this matter.

Local Rule 83-2.3.1 provides for admission of attorneys pro hac vice:

> *Permission to Appear Pro Hac Vice.* Any person who is not otherwise eligible for admission to practice before this Court, but who is a member in good standing of, and eligible to practice before, the bar of any United States Court, or of the highest court of any State, Territory or Insular Possession of the United States, who is of good moral character, and who has been retained to appear before this Court, may, upon written application and proof of payment of the fee as required by the Court, and in the discretion of the Court, be

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-1573 AG (PLAx) | Date | March 2, 2011 |
|---|---|---|---|
| Title | CHARLES EDWARD LINCOLN III v. DAYLIGHT CHEMICAL INFORMATION SYSTEMS, INC., et al. | | |

> permitted to appear and participate pro hac vice in a particular
> case. The application shall be accompanied by a certificate
> from the state bar for each of the states in which the applicant
> is a member of that particular bar, which has been issued
> within thirty (30) days prior to the filing of the application
> and states that the applicant is a member in good standing of
> the bar of that state court.

The Court has reviewed all evidence filed with the Court regarding the Application. The Court has also considered all arguments presented by both sides.

After considering all applicable rules, the evidence filed, and the arguments presented, the Court DENIES the Application.

All pending dates remain as scheduled.

: 0

Initials of Preparer    lmb