William C. Haggerty, Esq., Bar No. 76652
E-Mail: Bill@fwhb.com
Katherine M. Harwood, Esq., Bar No. 225202
E-Mail: Kharwood@fwhb.com
FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center
Twenty-Seventh Floor
Long Beach, California 90831-2700
Telephone: (562) 983-2500
Facsimile: (562) 590-3546

Attorneys for Defendants LAW OFFICES OF ORLY TAITZ and DR. ORLY TAITZ, ESQ., D.D.S., J.D.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CHARLES EDWARD LINCOLN, III, <br><br> Plaintiff, <br><br> Vs. <br><br> DAYLIGHT CHEMICAL INFORMATION SYSTEMS, INCORPORATED, YOSEF TAITZ, ORALY TAITZ, INC., APPEALING DENTISTRY, LAW OFFICE OF ORAL TAITZ (RICO Enterprise), DR. ORLY TAITZ, ESQ., D.D.S., J.D., DEFEND OUR FREEDOMS FOUNDATION, and all JOHN & JANE DOES 1-10, <br><br> Defendants. | No. 8:10-cv-01573-AG-PLA <br><br> NOTICE OF ERRATA RE: DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND, CONTINUE, OR SUSPEND DEADLINES, CONTINUE THE MARCH 21, 2011 HEARING AND MOTION FOR RECONSIDERATION OF DOC. #66 ORDER DENYING PHILIP J. BERG'S APPLICATION TO APPEAR PRO HAC VICE <br><br> HEARING DATE:  April 18, 2011 <br> Time:  10:00 a.m. <br> Location:  Room 10D |

PLEASE TAKE NOTICE that defendants LAW OFFICES OF ORLY TAITZ and ORLY TAITZ, D.D.S., J.D. (collectively "Defendants") hereby submit the following Errata to correct an error in Defendants Opposition to Plaintiff's Motion to Extend, Continue, or Suspend Deadlines, Continue the March 21, 2011 Hearing and

---

NOTICE OF ERRATA RE: DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND, CONTINUE, OR SUSPEND DEADLINES, CONTINUE THE MARCH 21, 2011 HEARING AND MOTION FOR RECONSIDERATION OF DOC. #66 ORDER DENYING PHILIP J. BERG'S APPLICATION TO APPEAR PRO HAC VICE

Motion for Reconsideration of Doc. #66 Order Denying Philip J. Berg's Application to Appear Pro Hac Vice.

Specifically, Defendants seek to correct the following:

1. Page 2, line 16, "is a licensed attorney" to "was a licensed attorney;"
2. Page 2, line 21, "is a licensed attorney" to "was a licensed attorney;"
3. Page 3, line 11, "Plaintiff, a licensed attorney" to "Plaintiff, a formerly licensed attorney in three states;"
4. Page 5, line 14, "plaintiff is a licensed attorney" to "plaintiff was a licenses attorney;" and
5. Page 6, line 7, "plaintiff is a licensed attorney" to "plaintiff was a licensed attorney."

Dated: March 28, 2011

FORD, WALKER, HAGGERTY & BEHAR

BY: _____
WILLIAM C. HAGGERTY
KATHERINE M. HARWOOD
Attorneys for Defendants,
LAW OFFICES OF ORLY TAITZ and
DR. ORLY TAITZ, ESQ., D.D.S., J.D.

NOTICE OF ERRATA RE: DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND, CONTINUE, OR SUSPEND DEADLINES, CONTINUE THE MARCH 21, 2011 HEARING AND MOTION FOR RECONSIDERATION OF DOC. #66 ORDER DENYING PHILIP J. BERG'S APPLICATION TO APPEAR PRO HAC VICE

(PROOF OF SERVICE BY ELECTRONIC MAIL – F.R.Civ.P. 5)
**Lincoln v. Daylight Chemical Information Systems, et al.**
Case No: 8:10-cv-01573-AG-PLA

UNITED STATES DISTRICT COURT )
CENTRAL DISTRICT OF CALIFORINA )

 I am employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action; my business address is: One World Trade Center, Twenty-Seventh Floor, Long Beach, California 90831-2700

 On March 28, 2011 I served the within: NOTICE OF ERRATA RE: DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND, CONTINUE, OR SUSPEND DEADLINES, CONTINUE THE MARCH 21, 2011 HEARING AND MOTION FOR RECONSIDERATION OF DOC. #66 ORDER DENYING PHILIP J. BERG'S APPLICATION TO APPEAR PRO HAC VICE on the interested parties in said action,

__x__ Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed below:

SEE ATTACHED MAILING LIST

____ by depositing it in the United States Mail at Long Beach, California, in a sealed envelope with the postage fully prepaid to the following;

____ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

__x__ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

__x__ I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2011, at Long Beach, California.

*Ruth L. Terman*
Ruth L. Terman

| | | |
|---|---|---|
| Charles Edward Lincoln, III<br>603 Elmwood Place<br>Suite 6<br>Austin, TX 78705 | Charles.lincoln@rocketmail.com<br><br>512/968-2500 | Plaintiff in Pro Per |
| Mark Melo<br>Bradley and Gmelich<br>700 North Brand Boulevard<br>10th Floor<br>Glendale, California 91203-1202 | Mmelo@bglawyers.com<br><br>818/2430-5200<br>818/243-5266 (facsimile) | Attorneys for Defendants Daylight Chemical Information Systems Incorporated and Yosef Taitz |
| Orly Taitz<br>Orly Taitz Law Offices<br>26302 La Paz , Suite 211<br>Mission Viejo, California 92691 | Dr_taitz@yahoo.com<br><br>949/683-5411 | Attorneys for Defendants Appealing Dentistry Defend Our Freedoms Foundation, Orly Taitz, Inc., and Law Offices of Orly Taitz |
| Gary G. Kreep<br>Law Offices of Gary G. Kreep<br>932 D Street, Suite 2<br>Ramona, California 92065 | Usjf@usjf.net<br><br>760/788-6624<br>760-788-6414 (facsimile) | Attorneys for Plaintiff Charles Edward Lincoln, III |
| Philip J. Berg<br>Law Offices of Philip J. Berg<br>555 Andorra Glen Court<br>Suite 12<br>Lafayette Hill, PA  19444-2531 | Philjberg@gmail.com<br><br>610/825-3134 (telephone)<br>610/834-7659 (facsimile) | Pro Hac Vice Attorneys for Plaintiff Charles Edward Lincoln, III |
| William Edward Pallares<br>Lewis Brisbois Bisgaard and Smith LLP<br>221 North Figueroa Street, 12th Floor<br>Los Angeles, California 90012-2601 | Pallares@lbbslaw.com<br><br>213/250-1800<br>213/250-7900 (facsimile) | Attorneys for Defendants Law Offices of Orly Taitz and Dr. Orly Taitz |

NOTICE OF ERRATA RE: DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND, CONTINUE, OR SUSPEND DEADLINES, CONTINUE THE MARCH 21, 2011 HEARING AND MOTION FOR RECONSIDERATION OF DOC. #66 ORDER DENYING PHILIP J. BERG'S APPLICATION TO APPEAR PRO HAC VICE