**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Charles Edward Lincoln III,

     Plaintiff(s),

   vs.

Daylight Chemical Information
Systems Incorporated, et al.,

     Defendant(s).

CASE NUMBER

SACV 10-1573-AG(PLAx)

**NOTICE OF FILING OF**
**OFFICIAL TRANSCRIPT**

---

**TO ALL COUNSEL OF RECORD:**

Notice is hereby given that an official transcript of a
proceeding, document number(s), 97
has been filed by the court reporter/electronic court
recorder in the above-captioned matter. The parties
have seven (7) business days from the filing of the official
transcript to file with the court a Notice of Intent
to Request Redaction of this transcript and/or 21 calendar
days from the filing of the official transcript to
file with the court a Redaction Request. If no such Notice or
Redaction Request is filed, the transcript will
be made electronically available to the public without
redaction after 90 calendar days. Any party needing
a copy of the transcript to review for redaction purposes may
purchase a copy from the court reporter or view the document
at the clerk's office public terminal.

       CLERK U.S. DISTRICT COURT

Date: April 8, 2011

       DENISE PADDOCK
       Court Reporter/Deputy Clerk

**G-46(5/08) NOTICE OF FILING OF OFFICIAL TRANSCRIPT**